# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF FLORIDA

Case Number 10-CIV-80282-ZLOCH/ROSENBAUM

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Qui Tam  Relators, Gloria Kurzman, Michelle Toomey,

Doreen Seaman, Serenity Rodney, Dorothy Garling,  Sophia Kostides,

and "M.S.",    *RELATOR/PLAINTIFFS*

On behalf of the United States of America.              *SECOND* AMENDED

                                                                     COMPLAINT

                                                         FALSE CLAIMS ACT

                              Vs.

Rubin Schron;

Leonard Grunstein;

Murray Forman a/k/a Murry Forman;

Avi Klein a/k/a Av Aklein, a/k/a AVKLEIN, a/k/a A ANONYMOUS;

Abraham Shaulson, a/k/a Auraham Yisroel Shaulson; a/k/a Avraham  Yisroel

Shaulson,a/k/a Auraham Yisroel Shaulson, a/k/a Avi Y Shaulson,  a/k/a Abraham Y

Shaulson, a/k/a Avraham Y Shaulson, a/k/a Abraham Shavlson, a/k/a Abraha Shaulson,

a/k/a Abrah Shaulson, a/k/a A Shaulson, a/k/a Abrgaham Shaul, a/k/a  Avraham I.

Shaulson; a/k/a Abraham Shaulson, a/k/a Abraham I Shaulson, a/k/a Abraham T

Shaulson,a/k/a Abraha Shaulson, a/k/a Abraham I Shaulson, a/k/a Avraham Shaulson,

a/k/a Avraham I Shaulson,  a/k/a Abraham Shavlson, a/k/a Abraham Shavison, a/k/a

Abraham Shavlson, a/k/a A. Shawson; a/k/a Shaulson, M; a/k/a Shawson, M; a/k/a M

Shaulson; a/k/a Shawson, A;



**Eli Strohli a/k/a Eli Slrohli, a/k/a Eli Strrohli, a/k/a Eli Strolli, a/k/a Eli L Strohl;**

**AYS Holdings;**

**AYS Holdings, LLC;**

**AYS Holding , LLC;**

**Harry Grunstein;**

**Simon Ganz;**

**Manual Scharf;**

**Otto Weingarten;**

**Henry Schon;**

**Barry Shisgal a/k/a Barry Shisgul;**

**Michael Greenwald;**

**Ilan Najman;**

**Jack Heiney;**

**Harry Fruhman;**

**Levi Rudd;**

**Nelson Robania;**

**Annie Maresca;**

**Ashley Pereyra;**

**Theresa Viscardis;**

**Ken Houston;**

**Christopher Grella;**

**Randall Kruger;**

**Cam-Elm Company, LLC;**

**SMV Property Holdings LLC;**



SWC Property Holdings LLC;

SWC Special Holdings, LLC;

SMV Special Holdings, LLC;

Cammeby's Funding LLC;

Cammeby's Funding II LLC;

Cammeby's Funding III LLC;

CAMFIVE, LLC;

Canyon Sudar Partners LLC;

SVCARE Holdings, LLC;

SAVASENIORCARE LLC;

Fundamental Long Term Care Holdings, LLC;

THI of Baltimore, INC;

National Senior Care INC;

Mariner Health Care, Inc;

Omnicare Inc;

Normandy Harbor Insurance, Inc;

Horizon Staffing, LLC;

Adelpo, LLC;

IT Management, LLC;

FMSC Leasehold;

Carestrong, LLC;

Weingarten Family Foundation;

Schon Family Foundation;

SWWS PARTNERSHIP INTERESTS, L.L.C;



Millennium Management L.L.C.;

FL Property Holdings LLC;

SC Property Holdings, LLC;

PRIME INV. LLC;

Millenium Healthcare Management, LLC;

Pazcare LLC,  d/b/a Choice Pharmacy Services;

100 Rogers Operating, LLC;

Tri-State Health Investors, LLC;

Millennium Administrative Services. LLC;

LWRE, LLC.;

BLRE, LLC;

HRLE, LLC;

NJRE, LLC;

ES, LLC;

Mountain Trace Enterprise LLC;

Ibhsar Holding LLC;

"Lake Worth Manor" ,;

1201, L.L.C.;

Lake Worth Enterprise;

"Oasis Health and Rehabilitation Center" ;

CDBR Enterprise LLC;

"Braden River Care Center" ;

Bradenton Enterprise LLC;

Boca Group, LLC;



"Menorah House";

M.H., L.L.C.;

L.V., L.L.C.;

Delray Group, LLC;

"Lake View Care Center at Delray";

Hialeah Enterprise LLC;

190, L.L.C.;

7060, LLC;

Coral Gables Holdings, L.L.C.;

"Coral Gables Nursing and Rehabilitation Center";

Northern Jacksonville Enterprise LLC.;

"Lanier Manor";

12740, L.L.C.;

Avon Park Royal Holdings, L.L.C.;

"Royal Care of Avon Park";

1213 W. Stratford, LLC.;

"Watercrest Care Center";

West Dixie Care, LLC;

"West Broward Care Center";

West Broward Group, L.L.C.;

"Hialeah Convalescent Home";

Palmetto Health Care LLC;

Palmetto OPCO LLC;

Palmetto Brookview Operating LLC dba "Brookview Healthcare Center";

Palmetto Faith Operating LLC dba "Faith Healthcare Center";

Palmetto Hallmark Operating LLC dba "Hallmark Healthcare Center";

Palmetto Lake City  Operating LLC dba "Lake City Scranton Healthcare Center";

Palmetto Jolley Acres Operating LLC dba "Jolley Acres Healthcare Center";

Palmetto Oakbrook Operating LLC dba "Oakbrook Health and Rehabilitation Center";

Palmetto Prince George Operating LLC dba "Prince George Healthcare Center";

Palmetto Springdale Operating LLC dba "Springdale Healthcare Center";

Palmetto St George Operating LLC dba "St George Healthcare Center";

Elite Healthcare Management, INC;

21005 Holdings LLC;

Nationwide DME Billers;

 Nationwide D.M.E., L.L.C.;

690 Holding Company, LLC,

2080 Griffin Holding, LLC;

925 Wagner Operating, LLC

Magnum Management & Administrative Services, LLC;

Heart of Georgia;

H.O.G. Holdings LLC;

FMSC Victoria Operating Gp LLC d/b/a Retama Manor Nursing Center Victoria South;

Life Management Services;

Morse Stephens Lovelace;

Theodore M Duay III;

Allison Lori Star Stone JD a/k/a Allison Stone , a/k/a Allison Lori Stone, a/k/a Allison Star

Stone, , a/k/a Allison L  Stone, a/k/a Allison S. Stone,  a/k/a Alison Lori Stone,  a/k/a Alison

Stone,  a/k/a Lori Stone Allison;

Michael Bernstein JD;

Stanley Swindling PA;

duplicateMagnum Health & Rehab of Silverbrook, LLC;

Institutional Leasing, LLC;

171-173 NW 39th St, LLC;

16700-01 LLC;

1055 NE 125, L.L.C.;

Aa 21005 Holding Company;

Elite Healthcare Management, LLC;

"ALTEREGOS", a group of other entities involved in the Fraud including, but not limited

to:  10295 Holdings LLC; 79th Station Management LLC; Zichron Foundation for Special

Needs, Inc.;  695, LLC;  St. LLC ; Ask Holdings, LLC; Aventura Operating, LLC;

Insurance Corporation of South Florida, Inc.; Jandj Gardens, LLC;  Oceanview

Investment;  Millennium Seniorcare, LLC; 26 Holdings, LLC; EMMCO, LLC; RG

PROPERTY HOLDINGS LLC; Acquisition Group, L.L.C.; 2010 L.L.C.; 1955 NE, L.L.C.;

One Two Three Erie, L.L.C.; 6595 LLC; DIP Capital Lending, LLC; MEDWAY

SERVICES FLORIDA, LLC; Continuum Healthcare Management LLC; Peach Eighteen

Properties, LLC; Surprise Lake Holdings, LLC; DYNAMIC INDIANOLA OPERATING

COMPANY LLC; DYNAMIC COLUMBIA OPERATING COMPANY LLC; DYNAMIC

YAZOO CITY OPERATING COMPANY LLC; DYNAMIC CLEVELAND OPERATING

COMPANY LLC; Northeastern Group LLC; Southeastern Group LLC; AKSG Holdings,



LLC; Family Senior Care Holdings LLC;  SHALOM HEALTHCARE LLC; FMSC

ABILENE OPERATING COMPANY LP, Taxpayer ID # 32035253676, Zip: 33261; FMSC

ABILENE OPERATING GP LLC Taxpayer ID# 12039975102, Zip: 33261;FMSC

BELTON OPERATING COMPANY LP, Taxpayer ID# 32035253668, Zip: 33261; FMSC

CLUTE OPERATING COMPANY LP, Taxpayer ID# 32035253668, Zip 33261;  FMSC

CLUPTE OPERATING GP LLC, Taxpayer ID# 12039958868, Zip 33261; FMSC DEL

RIO OPERATING COMPANY LP, Taxpayer ID# 32035253627, Zip 33261; FMSC DEL

RIO OPERATING GP LLC, Taxpayer ID# 12039974394, Zip  33261; FMSC GROUP

INC., Taxpayer ID# 12330021317, Zip 18017; FMSC EDNA OPERATING COMPANY

LP, Taxpayer ID# 3203525619, Zip 33261; FMSC EDNA OPERATING GP LLC,

Taxpayer ID# 12039974394; FMSC HOUSTON STONYBROOK OPERATING

COMPANY LP, Taxpayer ID# 12039975284, Zip 33261; FMSC HOUSTON

STONYBROOK OPERATING GP LLC, Taxpayer ID# 12039975649, Zip 33261; FMSC

INC, Taxpayer ID# 32003588277, Zip 18017; FMSC LLANO OPERATING COMPANY

LP, Taxpayer ID# 12039975649, Zip 33261; FMSC LLANO OPERATING GP LLC,

Taxpayer ID# 12039974576, Zip 33261; FMSC LOS ANGELES OPERATING COMPANY

LP, Taxpayer ID# 12040019478, Zip 30346; FMSC SANGER OPERATING COMPANY

LP, Taxpayer ID# 32035253569. Zip 33261; FMSC SANGER OPERATING GP, LLC,

Taxpayer ID# 12039976563, Zip 33261; FMSC SEGUIN OPERATING COMPANY LP,

Taxpayer ID# 32035253536, Zip 33261; FMSC SEGUIN OPERATING GP  LLC,

Taxpayer ID# 12039974865, Sip 33261; FMSC STEPHENVILLE OPERATING

COMPANY LP, Taxpayer ID# 32035253478, Zip 33261; FMSC STEPHENVILLE

OPERATING GP LLC, Taxpayer ID# 12039969584, Zip 33261; FMSC VICTORIA

OPERATING COMPANY LP, Taxpayer ID# 320352553502, Zip 33261; FMSC

VICTORIA OPERATING GP LLC, Taxpayer ID# 12039964940; FMSC WHARTON OPERATING COMPANY, Taxpayer ID# 12039969188, Zip 30346; FMSC WHARTON OPERATING COMPANY LP, Taxpayer ID# 32035253528, Zip 33261; and FMSC WHARTON OPERATING GP LLC, Taxpayer ID# 12039970988, Zip 33261; Tri-State Healthcare of Erie, LLC; Tri-State Healthcare of Alabaster, LLC; Tri-State Healthcare of Kansas City, Tri-State Healthcare of Grand Blanc, LLC; Tri-State Healthcare of Boundbrook, LLC; Tri-State Healthcare of Greenburg, LLC; Tri-State Healthcare of Huber Heights, LLC; Tri-State Healthcare of New London, LLC; NATIONWIDE LEASING; LLC7751 LEASING, L.L.C.; 16700-01, LLC; FIRST CALL TRADING, INC.; SHAULSON & KLEIN, INC.;  820 EUCLID AVENUE, INC.; ATLANTIC PRINCESS RENTALS CORP.; NATIONWIDE SENIOR HEALTHCARE, INC.; FIRST FLORIDA INSURANCE ADJUSTERS, INC.; A 1 PUBLIC ADJUSTERS, INC.; A 1 PUBLIC ADJUSTERS, INC; Shalom Health Care, LLC; Millenium Management Enterprise LLC "ALLOFTHEM", a pseudonym for all Skilled Nursing Facilities, and Nursing Homes owned and/or operated and/or controlled by Millennium Management L.L.C, and/or the other entities and individuals set forth above;

"THEREST", a pseudonym for all Skilled Nursing Facilities and Nursing Homes staffed by Horizon Staffing, L.L.C. and/or any of the individuals and entities set forth above;

"P. Unknown",  a pseudonym for all current and  former facility Directors, Lake Worth Manor, all of the skilled nursing homes and/or nursing homes set forth above, ALLOFTHEM and THEREST; "R.HEADNURSE" a pseudonym for all current and former  Head Nurses, Lake Worth Manor, all of the skilled nursing homes and/or nursing homes set forth above, ALLOFTHEM and THEREST;



**"T. Whoisit" a pseudonym for all current and former Directors of Human Services** at Lake Worth Manor, all of the skilled nursing homes and/or nursing homes set forth above, ALLOFTHEM and THEREST;

**"ALLTHE CNAs" as pseudonym for CNA's working at** Lake Worth Manor, all of the skilled nursing homes and/or nursing homes set forth above, ALLOFTHEM and THEREST;

**"ALLTHE Admission Directors"** as pseudonyms for , admission directors at Lake Worth Manor , all of the skilled nursing homes and/or nursing homes set forth above, ALLOFTHEM and THEREST;

**"ALLTHE MDS Coordinators" as pseudonyms for MDS Coordinators at** Lake Worth Manor, all of the skilled nursing homes and/or nursing homes set forth above, ALLOFTHEM and THEREST;

**"ALLTHE Marketing Directors" as pseudonyms for marketing directors at** Lake Worth Manor, all of the skilled nursing homes and/or nursing homes set forth above, ALLOFTHEM and THEREST;

**"ALLTHE NURSES"** as pseudonyms for nurses at Lake Worth Manor, all of the skilled nursing homes and/or nursing homes set forth above, ALLOFTHEM and THEREST;

**"ALL THE DIRECTORS OF THERAPY" a pseudonym for Physical, Occupational and Speech Therapist Departments and their directors** providing services to Lake Worth Manor, all of the skilled nursing homes and/or nursing homes set forth above, ALLOFTHEM and THEREST;

**"ALL THE ACTIVITIES DIRECTORS"**, a pseudonym for Activity Directors and **Directors of Social Services** providing services to Lake Worth Manor, all of the skilled nursing homes and/or nursing homes set forth above, ALLOFTHEM and THEREST;

**"ALL THE BUSINESS MANAGERS"**, a **pseudonym for business managers** providing services to Lake Worth Manor, all of the skilled nursing homes and/or nursing homes set forth above, ALLOFTHEM and THEREST;

**"OTHERPHYSICIANS" as pseudonyms for physicians**, referring patients , while receiving compensation as a physician at  Lake Worth Manor, all of the skilled nursing homes and/or nursing homes set forth above, ALLOFTHEM and THEREST

**"CONSULTANTS"** as pseudonyms for Nursing Consultants, Accounting Consultants, Social Services Consultants, Activities Consultants, Physical Therapy Consultants, Speech Therapy Consultants, Occupational Therapy Consultants , Food Service Consultants, providing services to Lake Worth Manor, all of the skilled nursing homes and/or nursing homes set forth above, ALLOFTHEM and THEREST;

**Norbert Martin,** as an individual and as Director of Human Services, Lake Worth Manor,

**Lynn Granata**  as an individual and one of the Nursing Consultants employed by the Defendant Millen[n]ium(s) above,  providing services to Lake Worth Manor, all of the skilled nursing homes and/or nursing homes set forth above, ALLOFTHEM and THEREST;

**Frances Simpow** as an individual and one of the assistant RN nursing consultants employed by the Defendant Millen[n]ium(s) above,  providing services to Lake Worth Manor, all of the skilled nursing homes and/or nursing homes set forth above, ALLOFTHEM and THEREST;

**Maria Fitos** as an individual and representative of physical therapy consultants employed by the Defendant Millen[n]ium(s) above, providing services to Lake Worth Manor, all of the skilled nursing homes and/or nursing homes set forth above, ALLOFTHEM and THEREST;

**Bonnie Jordan Emmes** as an individual and representative of Social Services and Activity Directors consultants providing services to Lake Worth Manor, all of the skilled nursing homes and/or nursing homes set forth above, ALLOFTHEM and THEREST;

**Gilda Anderson, LNHA** as an individual and representative of "P.Unknown" above providing services to Lake Worth Manor, all of the skilled nursing homes and/or nursing homes set forth above, ALLOFTHEM and THEREST;

**Isaac Milord,** Director of Nursing at Lake Worth Manor as an individual and representative of "R.HEADNURSE";

**Crimpson Kimmick, LPN** MDS Coordinator individually a representative of "ALL THE MDS Coordinators" and providing services to Lake Worth Manor, all of the skilled nursing homes and/or nursing homes set forth above, ALLOFTHEM and THEREST;

**Leo Raymond,** Physical Therapy Assistant individually a representative of "ALL THE DIRECTORS OF THERAPY" and providing services to Lake Worth Manor, all of the skilled nursing homes and/or nursing homes set forth above, ALLOFTHEM and THEREST;

**Rejetta Miller** Lake Worth Manor Admission Director as an individual and representative of "ALL OF THE ADMISSION DIRECTORS" providing services to Lake Worth Manor, all of the skilled nursing homes and/or nursing homes set forth above, ALLOFTHEM and THEREST;

**Felicia Laverne Glover** Lake Worth Manor Business office Manager as an individual and representative of "ALL OF THE BUSINESS DIRECTORS" providing services to Lake Worth Manor, all of the skilled nursing homes and/or nursing homes set forth above, ALLOFTHEM and THEREST;

**Stephanie Joseph** Lake Worth Manor "Activity Director" as an individual and representative of "ALL OF THE ACTIVITY DIRECTORS" providing services to Lake Worth Manor, all of the skilled nursing homes and/or nursing homes set forth above, ALLOFTHEM and THEREST;

### *DEFENDANTS.*

### COMPLAINT

COMES NOW Qui Tam RELATORs, Gloria Kurzman, Michelle Toomey, Doreen Seaman, Sophia Kostides as Health Care Surrogate for Doreen Seaman, Serenity Rodney, Dorothy Garling and "M.S." (a person known to the Government whose identity is confidential), on behalf of the United States, and if the Government does not prosecute the FALSE CLAIMS ACT Claim; then as a Class Action including as class members, Mary Ann Krysko as personal representative for the estate of deceased brother Harry Krysko, Sabrina Castro on behalf of living father Pedro Castro Sr., Pedro Castro, Jr., Cheryl Davis-Darrell as personal representative for the estate of her deceased mother Thomasina Shirley Miller, Eileen Carsten as a personal representative for the estate of her deceased mother Lillian Reiley, Ana Comellas as personal representative for the estate of deceased husband Juan Comellas, Deborah Battles a personal representative for the estate of Willie M. Baldwin, Annette White as a personal representative for the estate of deceased Kelvia Lewis, Mildred Kelly power of attorney on behalf of, Nick Cernautain J.L., J.G., M.W., R.B., J.J., S.R., K.C., F.R., I.H., S.J., J.A., S.N., M.D., N.K., J.G., S.K., S.K.(2), E.E., F.R.,J.M.,L.R., M.A.C., and H.D. who bring this lawsuit on behalf of the

United States of America pursuant to 31 U.S.C.A. § 3729 and Section 3733 et seq. individually and as class representative of all others similarly situated, by and through their attorneys, Marc G. Kurzman and Dara S. Siegel, and for a Complaint against the Defendants, states and allege as follows:

<div align="center">

**I.**

**JURISDICTION**

</div>

1.1     A copy of the complaint and written disclosure of substantially all material written evidence and information the Plaintiff possesses has been served on the United States Government pursuant to Rule 4(i) of the Federal Rules of Civil Procedure. This complaint is filed *in camera, under seal,* and may not be served upon the defendant until further order of this Court.

1.2     The defendants are individuals and corporations duly organized and licensed to do business in the State of Florida; and in at least 13 other States, including, but not limited to Florida, Texas, South Carolina, Ohio, New York, Michigan, California, Tennessee, Pennsylvania, North Carolina and individuals employed by and/or working in concert with the corporate defendants named herein.

1.3     This Court has jurisdiction over the subject matter and of the parties. Many of the acts alleged herein occurred in Palm Beach County, and within the jurisdiction of this Court.

1.4     This Court has jurisdiction under 31 U.S.C.A. § 3732 which provides that any action under Section 3730 may be brought in any judicial district in which the Defendant or in the case of multiple defendants any one defendant can be found, resides, transacts business or in which any act prescribed by Section 3729 occurred.

1.5     Defendant Corporations named and described above are enterprises engaged in and the activities of which affect interstate commerce, to wit: corporations incorporated under

the laws of the State of Florida and other States, and registered to do business and/or are doing business in Florida and other states.

     1.6     Individual Defendants named and described above are an enterprise engaged in and the activities of which affect interstate or foreign commerce, to wit: a group of associated individuals that in fact commit various levels and manner of fraud.

     1.7     Defendants named and described above **have violated 15 U.S.C. § 45** which explicitly makes unlawful unfair methods of competition.

     1.8     Defendants named and described **above have violated 15 U.S.C. § 52** which makes unlawful the conduct of dissemination of false advertising.

     1.9     Defendants named and described above **have violated Florida's Deceptive and Unfair Trade Practice Act ("FDUTPA")** as described in § 501.201-501.213. Specifically the practices described in §501.204 and §501.2077.

     1.10     Defendants named and described above **have violated the "Wire Fraud" statute** as set forth in 18 U.S.C. 1343.

     1.11     Defendants named and described above have violated the **"Mail Fraud" statute** as set forth in 18 U.S.C. 1341.

     1.12     Defendants named and described above have violated the **"Heath Care Fraud"** statute as set forth in 18 U.S.C. 1347.

     1.13     Defendants named and described above have violated the **Omnibus Budget Reconciliation Act of 1987/ Federal Nursing Home Reform Act,** 42 U.S.C. §§ 1396r, 1396a (w) as incorporated by 42 U.S.C. § 1396r,

     1.14     Defendants named and described above have violated the **Civil Rights Act**, 42 U.S.C. § 1983. et.seq.

1.15    This Court has jurisdiction based upon diversity of citizenship, and damages in excess of $100,000.00.

## II.

## VENUE

2.1    Many of the acts complained of herein occurred in Palm Beach County.

## III.

**Relators re-allege paragraphs 1.1-1.15; 2.1, and allege further:**

## PARTIES

### (A)    RELATORS/PLAINTIFFS

3.1.    Qui Tam RELATOR, **Gloria Kurzman**, is a citizen of the United States, who resides at 5674 Ainsley Court, Boynton Beach, Florida, 33437.

3.2.    Qui Tam RELATOR, **Michelle Toomey**, is a citizen of the United States, who resides in Palm Beach County and whose mailing address is P.O. Box 6393, Delray Beach, Florida, 33482.

3.3.    Qui Tam RELATOR **Doreen Seaman**, is a citizen of the United States, who resides at 3050 NW 106 Avenue, Unit 4, Sunrise, FL, 33322;

3.4.    Qui Tam RELATOR **Sophia Kostides**, is a citizen of the United States, the health care surrogate for Doreen Seaman, and resides at  3050 NW 106 Avenue, Unit 4, Sunrise, FL, 33322;

3.5.    Qui Tam RELATOR **Serenity Rodney** is a citizen of the United States, and resides at 4898 A Orleans Court, West Palm Beach, FL, 33415

3.6.    Qui Tam RELATOR **Dorothy Garling**  is a citizen of the United States, and resides at 5060 ROYAL PALM BEACH BLVD ROYAL PALM BEACH FL 33411 9071.



3.7.     Qui Tam RELATOR, **"M.S."** is a citizen of the United States, whose identity is known to the federal government, and resides in West Palm Beach, Fl.

### (B)     DEFENDANTS

3.8.     Defendant **Rubin Schron** is a resident of New York and a real estate investor who holds ownership in the following named as defendants in this action: Cam-Elm Company, LLC; SMV Property Holdings LLC;  SWC Property Holdings LLC; SWC Special Holdings, LLC; SMV Special Holdings, LLC; Cammeby's Funding LLC; Cammeby's Funding II LLC; Cammeby's Funding III LLC; CAMFIVE, LLC.

3.9.     Defendant **Leonard Grunstein** is a resident of New Jersey.  He is an attorney licensed to practice law in New York State; he is a former partner in Troutman Sanders, LLP. Leonard Grunstein is the former attorney of defendant Rubin Schron.  He has formed partnerships with defendants *Rubin Schron, Henry Grunstein, Murray Forman, Avi Klein, and Abraham Shaulson*.  Leonard Grunstein holds interest in the following corporations named as defendants in this action: *SMV Property Holdings LLC;  SWC Property Holdings LLC; SWC Special Holdings, LLC; SMV Special Holdings, LLC; Cammeby's Funding LLC; Cammeby's Funding II LLC; Cammeby's Funding III LLC; CAMFIVE, LLC; Canyon Sudar Partners LLC; SVCARE Holdings, LLC; SAVASENIORCARE LLC; Fundamental Long Term Care Holdings, LLC; THI of Baltimore, INC; National Senior Care INC; Mariner Health Care, Inc. *Palmetto Health Care LLC* ; Sc Property Holdings, LLC*.

3.10.     Defendant **Murray Forman, a/k/a Murry Forman, a/k/a Murray Foreman** is a resident of New York State.  He is President of the Lawrence, NY, School Board, and is a principal Manager of Met Cap Securities, Met Cap Advisory, Met Cap Holdings, and serves as an investment advisor through Met Cat entities. Murray Forman is the former financial advisor to defendant *Rubin Schron* and formed partnerships with defendants *Henry Grunstein.  Leonard*



*Grunstein, Avi Klein, and Abraham Shavalson.*   Murray Foreman holds interest in the following corporations named as defendants in this action: *SMV Property Holdings LLC; SWC Property Holdings LLC; SWC Special Holdings, LLC; SMV Special Holdings, LLC; Cammeby's Funding LLC; Cammeby's Funding II LLC; Cammeby's Funding III LLC; CAMFIVE, LLC; Canyon Sudar Partners LLC; SVCARE Holdings, LLC; SAVASENIORCARE LLC; Fundamental Long Term Care Holdings, LLC; THI of Baltimore, INC; National Senior Care INC; Mariner Health Care, Inc.* <u>Palmetto Health Care LLC</u> ; <u>*Sc Property Holdings, LLC*</u>.

3.11.   Defendant **Harry Grunstein** is a resident of Israel, former resident of Georgia and is the brother of Leonard *Grunstein*, and experienced in operation of large chain healthcare facilities in throughout the United States of America. Harry Grunstein has held interest several of the companies named as defendants including Canyon *Sudar Partners LLC and Mariner Health Care, Inc* **and** upon information and belief; he continues to hold interest and control of these companies from his residence in Israel.

3.12.   Defendant **Avi Klein, a/k/a Av Aklein, a/k/a AVKLEIN, a/k/a A ANONYMOUS;** is a current resident of  Florida. Avi Klein serves as the officer/registered agent for the below companies that are both active and inactive Florida corporations.  He has formed partnerships with defendants *Otto Weingarten, and Henry Schon to obtain capital loans for investments.* He has formed partnerships with *defendants Henry Grunstein. Leonard Grunstein, Avi Klein, and Abraham Shaulson* et al., all know identities related to but not limited to defendants *FMSC Leasehold LLC, Family Senior Care Holdings, LLC., Mariner Health Care Inc,* <u>Palmetto Health Care LLC</u> ; <u>*Sc Property Holdings, LLC.*</u>, *FMSC Operating Gp LLC d/b/a Retama Manor  Nursing Center Victoria South  and other  corporations.   **For the purpose of this action some of these companies are individually named defendants and some are listed as "Alteregos":***  *ELITE HEALTHCARE MANAGEMENT, L.L.C.; Northeastern Group. LLC*



*CORUM HEALTHCARE MANAGEMENT, LLC; SHAULSON & KLEIN, LLC; 16700-01, LLC; TRI-STATE HEALTH INVESTORS, LLC; PEACH EIGHTEEN PROPERTIES, LLC171-173 NW 39TH ST, LLC; CONTINIUM HEATHCARE MANAGEMENT, LLC; AA 10295 HOLDING COMPANY LLC; AA 21005 HOLDING COMPANY LLC; 10295 HOLDINGS LLC; 21005 HOLDINGS LLC; MILLENIUM SENIORCARE, LLC; 100 ROGERS OPERATING, LLC; 925 WAGNER OPERATING, LLC; 441 ENERGY OPERATING, LLC; OCEANVIEW INVESTMENT GROUP, LLC; JANDJ GARDENS, LLC; SURPRISE LAKE HOLDINGS, LLC; 2080 GRIFFIN HOLDINGS, LLC; MAGNUM MANAGEMENT & ADMINISTRATIVE SEVICES, LLC; SURPRISE LAKE HOLDINGS #10, LLC; MAGNUM HEALTH & REHAB OF SILVERBROOK LLC; DYNAMIC INDIANOLA OPERATING COMPANY LLC; DYNAMIC COLUMBIA OPERATING COMPANY LLC; DYNAMIC YAZOO CITY OPERATING COMPANY LLC; DYNAMIC CLEVELAND OPERATING COMPANY LLC; FMSC LEASEHOLD LLC; DYNAMIC SENIOR CARE HOLDINGS LLC; PALMETTO HALLMARK OPERATING LLC; PALMETTO OAKBROOK OPERATING LLC; PALMETTO LAKE CITY OPERATING LLC; PALMETTO HEALTH CARE LLC; PALMETTO ST. GEORGE OPERATING LLC; PALMETTO BROOKVIEW OPERATING LLC; PALMETTO SPRINGDALE OPERATING LLC; PALMETTO PRINCE GEORGE OPERATING LLC; PALMETTO JOLLEY ACRES OPERATING LLC; PALMETTO FAITH OPERATING LLC; PALMETTO OPCO LLC; ZICHRON FOUNDATION FOR SPECIAL NEEDS, INC.ELITE HEALTHCARE MANAGEMENT, INC.*

3.13. Defendant Abraham Shaulson, a/k/a Auraham Yisroel Shaulson; a/k/a Avraham Yisroel Shaulson,a/k/a Auraham Yisroel Shaulson, a/k/a Avi Y Shaulson, a/k/a Abraham Y Shaulson, a/k/a Avraham Y Shaulson, a/k/a Abraham Shavlson, a/k/a Abraha Shaulson, a/k/a Abrah Shaulson, a/k/a A Shaulson, a/k/a Abrgaham Shaul, a/k/a Avraham I. Shaulson; a/k/a Abraham T Shaulson ,a/k/a Abraha Shaulson, a/k/a Avraham Shaulson, a/k/a Avraham I

Shaulson, a/k/a Abraham Shavlson, a/k/a Abraham Shavison, a/k/a Abraham Shavlson, a/k/a A. Shawson; a/k/a Shawson, A; is President of Millennium Management LLC; Shaulson, M; Shawson, M; M. Shawson; is a resident of Florida. He has formed partnerships with defendants *Henry Grunstein. Leonard Grunstein, Avi Klein*, and is involved with at least, but not limited to. defendants <u>*Palmetto Health Care LLC*</u> ; <u>*Sc Property Holdings, LLC*</u>. And other corporations. He has formed partnerships with defendants *Otto Weingarten, and Defendant Henry Schon in defendant SWWS Partnership interests, L.L.C.* He has served as the registered agent for defendants *NATIONWIDE LEASING; LLC7751 LEASING, L.L.C.; 16700-01, LLC; FIRST CALL TRADING, INC.; SHAULSON & KLEIN, INC.; 820 EUCLID AVENUE, INC.; ATLANTIC PRINCESS RENTALS CORP.; NATIONWIDE SENIOR HEALTHCARE, INC.; FIRST FLORIDA INSURANCE ADJUSTERS, INC.; A 1 PUBLIC ADJUSTERS, INC.*

3.14.   Defendant **Eli Strohli a/k/a Eli Strolhi a/k/a Eli Slrohli, a/k/a Eli Strrohli, a/k/a Eli Strolli, a/k/a Eli L Strohl** is a resident of Miami Beach, Florida and a current applicant for the city of Miami Beach Health Facilities Advisory Board and Miami Beach Health Advisory Committee. He is a licensed Nursing Home Administrator, and the Manager of Defendants *Mountain Trace Enterprise, LLC, Defendant Es, LLC; Bradenton Enterprise LLC; Nationwide DME Billers; Nationwide D.M.E., L.L.C.; Millenium Management Enterprise LLC; Shalom Health Care, LLC.* Defendant *Allison Stone P.A.* serves as the registered agent.

3.15.   Defendant **AYS Holdings** are, upon information and belief, alter egos of, and owned by Defendant **"Auraham Yisraol Shaulson,"** a resident of Florida. AYS Holdings is located at 10800 Biscayne Blvd an entity that serves as the MGR for *Defendants: M.H., L.L.C.; L.V., L.L.C.; ACQUISITION GROUP, L.L.C.; 190, L.L.C.; 2010, L.L.C.; 12740, L.L.C., 1201, L.L.C. Defendant 1055 NE 125, L.L.C.; Defendant ONE TWO THREE ERIE, LLC. Defendant INSTITUTIONAL LEASING 1, LLC; Defendant PRIME INV. LLC.; SC Property Holdings, LLC;*

*FL Property Holdings LLC.; 690 HOLDING COMPANY, LLC; 1213 W. STRATFORD, LLC;*

*6595, LLC; DIP CAPITAL LENDING LLC;MEDWAY SERVICES FLORIDA LLC; IBHSAR*

*HOLDINGS, LLC;ABRE, INC.*

3.16.   Defendant **Ashley Pereyra** is listed as MGR and signed cost reports in 2010.  All

LLC's  listed above were associated with defendants : *Shaulson* ; *Eli Strolhi* ; *Avi Klein* ;  *Annie*

*Maresca. Leonard Grunstein, and Murray Forman.*

3.17.   Defendant **Manual Scharf** is an individual, a resident of New York and manager

of Florida Limited Liability Corporations *Defendants HRLE, LLC; NJRF, LLC; LWRE, LL C;*

*and BLRE, LLC.*

3.18.   Defendant **Otto Weingarten** is a resident of New York State. He is the President

of Weingarten Family Foundation, a 501(c)3 corporation and a member of  *SWWS Partnership*

*Interests, L.L.C.*  He is President of *Silver Lake Nursing Home*, on Castleton Ave., Staten Island.

He resides at 1661 53rd Street, Brooklyn, NY, 11204.

3.19.   Defendant **Henry Schon** is a resident of  New York State; and President of

Defendant  Schon Foundation, a 501 C(3) corporation operating out of 1534 53rd Street,

Brooklyn, NY  11219 and a member of  *SWWS Partnership Interests, L.L.C* .  He is the Operator

of Nursing Homes; including *Lawrence Care Center*, 350 Beach 54th Street, in Far Rockaway,

NY, 11692; and of *New Vanderbilt Rehab and Care Center*, located at 135 Vanderbilt Ave.,

Staten Island, NY 10304.

3.20.   Defendant **Barry Shisgal a/k/a Barry Shisgul** is a resident of New York and

owner of Defendant *"Watercrest Care Center,"* a nursing home, operating under a fictitious

name, Registration Number G05207700051, expiration date, 12/31/2010; which was established

in 2005; and *West Dixie Care, LLC*. The nursing home is located at 16650 West Dixie Highway,

North Miami Beach, FL 33160. Barry Shisgal is also the manager of defendant *Heart of Georgia*

*and H.O.G. Charitable Trust.* Barry Shisgul is the Owner/registered agent for many of the defendant "Alteregos" and of inactive Florida Limited Liability Corporations believed to be nursing homes located in several states throughout the country under the names *Tri-State Healthcare of Erie, LLC; Tri-State Healthcare of Alabaster, LLC; Tri-State Healthcare of Kansas City, Tri-State Healthcare of Grand Blanc, LLC; Tri-State Healthcare of Boundbrook, LLC; Tri-State Healthcare of Greenburg, LLC; Tri-State Healthcare of Huber Heights, LLC; Tri-State Healthcare of New London, LLC.*

3.21.   Defendant **Simon Ganz** is a resident of Florida, 5055 Collins Avenue, Apt. 3-c, Miami Beach, Florida 3314 and is Founder and listed as Registered Agent for defendant *Horizon Staffing.*  Upon information and belief, Mr. Ganz is a seasonal resident of Florida; thus there is no Registered Agent in Florida who can receive process as required by Florida Statute 48.091. Simon Ganz is also the founder of defendant *Normandy Harbor Insurance Company.*

3.22.   Defendant **Michael Greenwald** is a resident of Florida and Israel and is the CEO and Vice President of Operation for defendant *Millennium Management LLC* and registered agent for Florida Limited Liability Corporation *Carestrong, LLC.*

3.23.   Defendant **Ilan Najman** is Chief Information Officer for *Millennium Management L.L.C;* is a resident of Plantation, Florida.  He is the Manager of *Defendant ADELPO, LLC, Defendant IT Management, LLC.*

3.24.   Defendant **Jack Heiney** is resident of Florida and the Controller, Millennium Management L.L.C South Carolina Operations.

3.25.   Defendant **Harry Fruhman** is a resident of FL and the Chief Financial Officer, *Millennium Management L.L.C.*

3.26.   Defendant **Levi Rudd** is a resident of Florida and *"Financial Specialist,"* *Millennium Management L.L.C.*



3.27.   Defendant **Nelson Robania** is a resident of Florida and the *Vice President of reimbursement for Millennium Management L.L.C.*  Nelson Robania is the contact person for NPI records for many of the facilities owned leased or operated by defendants including Defendant NPI ID*1013070002 - LAKE WORTH MANOR*  *Mailing Address: 1201 12TH AVE S LAKE WORTH FL 33460; NPI ID 1073586434 - COLUMBIA HEALTH & REHABILITION Mailing Address: 11900 BISCAYNE BLVD SUITE 301 MIAMI FL 33181; Defendant  NPI Id 1114914165 - WEST BROWARD GROUP, L.L.C. (THROUGH 6/29/08) Other Name: WEST BROWARD CARE CENTER Mailing Address: 7751 W BROWARD BLVD PLANTATION FL 33324; NPI Id 1114999679 - INDIANOLA HEALTH & REHABILITATION  Mailing Address: 11900 BISCAYNE BLVD SUITE 301 MIAMI FL 33181; NPI ID 1114999687 - FMSC LA GRANGE OPERATING COMPANY LLC , Other Name: MARINER HEALTH LAGRANGE Mailing Address: 11900 BISCAYNE BLVD SUITE 301 MIAMI FL 33181;  NPI ID 1124090998 - FMSC WHARTON OPERATING COMPANY LP Other Name: WHARTON MANOR NURSING AND CONVALESCENT CENTER  Mailing Address: 418 N RUSK ST WHARTON TX 774883924; NPI ID 1194798470 - FMSC POWDER SPRINGS OPERATING COMPANY LLC Other Name: BRIAN CENTER NURSING CARE / POWDER SPRINGS Mailing Address: 11900 BISCAYNE BLVD SUITE 301 MIAMI FL 33181; NPI ID 1205809696 - LMSC SCRANTON OPERATING COMPANY LLC Other Name: LAKE CITY SCRANTON HEALTHCARE CENTER Mailing Address: 11900 BISCAYNE BLVD SUITE 301 MIAMI FL 33181; NPI ID  1215909114 - FMCS FLORENCE OPERATING COMPANY LLC  Other Name: FAITH HEALTHCARE CENTER , Mailing Address: 11900 BISCAYNE BLVD SUITE 301 MIAMI FL 33181; NPI ID 1235102625 - FMSC CLUTE OPERATING COMPANY LP  Other Name: WOODLAKE NURSING HOME Mailing Address: 11900 BISCAYNE BLVD SUITE 301 MIAMI FL 3318; NPI Address 1386616811 - FMSC CAMDEN OPERATING COMPANY LLC Other Name:*



*SPRINGDALE HEALTHCARE CENTER Mailing Address: 11900 BISCAYNE BLVD SUITE 301 MIAMI FL 33181; NPI ID: <u>1396718789 - FMSC GEORGETOWN OPERATING COMPANY LLC</u> Other Name: PRINCE GEORGE HEALTHCARE Mailing Address: 11900 BISCAYNE BLVD SUITE 301 MIAMI FL 33181; NPI ID<u>1427020973 - FMSC LUMBER CITY OPERATING COMPANY LLC</u> Other Name: BRIAN CENTER NURSING CARE / LUMBER CITY Mailing Address: 11900 BISCAYNE BLVD SUITE 301 MIAMI FL 33181; NPI ID <u>1437318839 - WB CARE CENTER LLC (EFFECTIVE 6/30/08)</u> Other Name: WEST BROWARD CARE CENTER Mailing Address: 7751 W BROWARD BLVD PLANTATION FL 333242003; NPI ID <u>1447372099 - BOCA GROUP LLC</u> Other Name: MENORAH HOUSE Mailing Address: 9945 CENTRAL PARK BLVD N BOCA RATON FL 334281745; NPI ID <u>1477525921 - BOLIVAR HEALTH & REHABILITATION</u> Mailing Address: 11900 BISCAYNE BLVD SUITE 301 MIAMI FL 33181;  NPI ID <u>1477731529 - AVON PARK ROYAL HOLDINGS LLC</u> Other Name: ROYAL CARE OF AVON PARK Mailing Address: 1213 W STRATFORD RD AVON PARK FL ; NPI ID <u>1528031010 - FMSC LLANO OPERATING COMPANY LP</u> Other Name: CARE INN OF LLANO Mailing Address: 11900 BISCAYNE BLVD SUITE 301 MIAMI FL 33181; NPI Id <u>1588637979 - FMSC ORANGEBURG OPERATING COMPANY LLC</u> Other Name: JOLLEY ACRES HEALTHCARE CENTER Mailing Address: 11900 BISCAYNE BLVD SUITE 301 MIAMI FL 33181, NPI Id <u>1588821805 - JE NURSING CENTER LLC</u> Other Name: JEFFERSON NURSING CENTER Mailing Address: 1780 N JEFFERSON MONTICELLO FL 323445536; NPI Id <u>1598945651 - CORAL GABLES HOLDINGS LLC</u> Other Name: CORAL GABLES NURSING AND REHABILITATION CENTER Mailing Address: 7060 SW 8TH ST MIAMI FL 331444650; NPI Id <u>1629065933 - DELRAY GROUP, LLC</u> Other Name: LAKE VIEW CARE CENTER Mailing Address: 5430 LINTON BLVD DELRAY BEACH FL 334846512; NPI ID <u>1639142094 - FMSC SUMMERVILLE HALLMARK OPERATING COMPANY LLC</u> Other Name: HALLMARK*

*HEALTHCARE CENTER Mailing Address: 11900 BISCAYNE BLVD SUITE 301 MIAMI FL*

*33181; NPI Id <u>1649242140 - FMSC THOMASVILLE OPERATING COMPANY LLC</u> Other*

*Name: BRIAN CENTER OF THOMASVILLE \Mailing Address: 11900 BISCAYNE BLVD SUITE*

*301 MIAMI FL 33181; NPI Id <u>1679546063 - FMSC ABILENE OPERATING COMPANY LP</u>*

*Other Name: CARE INN OF ABILENE Mailing Address: 11900 BISCAYNE BLVD SUITE 301*

*MIAMI FL 33181; NPI Id <u>1679730196 - PL NURSING CENTER LLC</u> Other Name: PINE LAKE*

*NURSING HOME Mailing Address: 13455 W US 90 GREENVILLE FL 323314318; NPI Id*

*<u>1689646150 - FMSC MEMPHIS OPERATING COMPANY LLC</u> Other Name: HIGHT POINTE*

*HEALTH & REHABILITATION CENTER Mailing Address: 1680 MICHIGAN AVE STE 736*

*MIAMI BEACH FL 331392551; NPI Id <u>1710950274 - FMSC SEGUIN OPERATING</u>*

*<u>COMPANY LP</u> Other Name: CARE INN OF SEGUIN Mailing Address: 11900 BISCAYNE*

*BLVD SUITE 301 MIAMI FL 33181. Diamond Senior Living, LLC; Diamond Senior Living I",*

*LLC; <u>Diamond Senior Living II, LLC</u> ; <u>Diamond Senior Living-Island Lake, LLC</u>*

3.28.   Defendant **Annie Maresca is a resident of Florida and is** *the "accounting*

*manager" for Millennium Management L.L.C. . Annie Maresca signed corporate reports related*

*to named defendants.*

3.29.   Defendant **Ashley Pereyra** is a resident of Florida and/or Brooklyn, *NY and is*

*the "receptionist" for Millennium Management L.L.C.* **Ashley Pereyra** is the manager listed

on *AYS Holdings, AYS Holdings, LLC, and AYS Holding LLC.* corporate reports beginning in

2009.

3.30.   Defendant **Ken Houston** is employed by *Defendant Life Management Services,*

for the purpose of determining Medicare/Medicaid eligibility for patients at a number of facilities

owned by *Millennium*, including but not limited to Lake Worth Manor where he works as the

"Medicaid Specialist" for an outside consultant company employed by defendant *Life*

*Management Services* owned by his mother Julianne. *Life Management Services* was employed by Millennium Management L.L.C. to procure Medicaid eligibility and obtain reimbursement for all "Medicaid Pending" patients at facilities owned, operated, or managed by Millennium Management L.L.C.

3.31. Defendant **Theresa Viscardis** is a resident of North Carolina, a licensed nursing home administrator and is the former chief operating officer of *Defendant Millennium Management L.L.C.*

3.32. Defendant **Christopher Grella** is an individual, a resident of Florida and MSRM of active Florida Limited Liability Corporation *Defendant CDBR Enterprise LLC.*

3.33. Defendant **Randall Kruger** is an individual, a resident of Florida and MSRM of active Florida Limited Liability Corporation *Defendant CDBR Enterprise LLC.*

3.34. Defendant **Cam-Elm Company, LLC** is New York Company with its principal place of business at 45 Broadway, NY, NY. Cam-Elm Company, LLC is owned by defendant *Rubin Schron* and family members. Cam-Elm Company, LLC controls numerous investments including real estate upon which Defendant Nursing Homes are located.

3.35. Defendant **SMV Property Holdings LLC** is a Delaware LLC with its principal place of business at 45 Broadway, NY, NY. *SMV Property Holdings LLC is owned by Cam-Elm* which owns or controls properties acquired in the transaction to purchase *Mariner Facilities*. Defendant *Rubin Schron* is the manager of SMV Property Holdings LLC. Defendant *Cam-Elm* owns approximately 70% interest in SMV Property Holdings LLC and the remaining 30% of interest is controlled by corporations owned by defendants *Leonard Grunstein* and *Murray Forman.*

3.36. Defendant **SWC Property Holdings LLC** is a Delaware LLC with its principal place of business at 45 Broadway, NY, NY. SWC Property Holdings LLC owns or controls

properties acquired in the *IHS* transaction.  Defendant *Rubin Schron* is the manager of SWC Property Holdings LLC.  SWC Property Holdings LLC is 83% owned by *Cam-Elm* and the remaining 17% is controlled by corporations whose owners include defendants *Leonard Grunstein* and *Murray Forman.*

3.37.   Defendant **SMV Special Holdings, LLC** is a Delaware LLC with its principal place of business at 45 Broadway, NY, NY.  SWC Special Holdings is approximately 77% owned by *Cam-Elm* and the remaining 23% interest is owned by corporations that include defendants Leonard Grunstein and Murray Forman.  The purpose for formation of SMV Special Holdings, LLC is to act as the sole equity member of a number of LLC's that own and control interest fees and leasehold interests in nursing homes or long term care facilities and to hold directly through affiliates other assets, contractual rights, and product opportunities.

3.38.   Defendant **Cammeby's Funding LLC** is a Delaware LLC with its principal place of business at 45 Broadway, NY, NY.  Cammeby's Funding LLC is approximately 77% owned by *Cam-Elm* and the remaining 23% interest is owned by corporations that include defendants *Leonard Grunstein* and *Murray Forman*. The purpose for formation of Cammeby's Funding LLC was created to serve as a funding entity in *IHS* purchase.

3.39.   Defendant **Cammeby's Funding II LLC II** is a Delaware LLC with its principal place of business at 45 Broadway, NY, NY.  Cammeby's Funding II  LLC  is approximately 77% owned by *Cam-Elm* and the remaining 23% interest is *owned by corporations that include defendants Leonard Grunstein and Murray Forman.*  The purpose for formation of Cammeby's Funding II LLC was to serve as a funding entity in the *Mariner* purchase.

3.40.   Defendant **Cammeby's Funding III LLC**  is a Delaware LLC with its principal place of business at 45 Broadway, NY, NY.  Cammeby's Funding III LLC is approximately 77% owned by *Cam-Elm* and the remaining 23% interest is owned by *corporations that include*

defendants *Leonard Grunstein and Murray Forman.* The purpose for formation of Cammeby's

Funding III LLC was to serve as a funding entity in the *Mariner* purchase.

3.41.    Defendant **CAMFIVE Holdings, LLC**; is a Delaware LLC with its principal

place of business at 45 Broadway, NY, NY.  CAMFIVE Holdings, LLC, is approximately 77%

owned by *Cam-Elm* and the remaining 23% interest is owned by *corporations that include*

*defendants Leonard Grunstein and Murray Forman.*  The purpose for formation of CAMFIVE

Holdings, LLC was to serve as a funding entity for refinancing companies *SMV Property*

*Holdings LLC,  and SVC Property Holdings LLC.*

3.42.    Defendant **Canyon Sudar Partners LLC** is a Delaware Limited Liability

company with its principal place of business at 291 Ocean Avenue, Lawrence, NY.  Canyon

Sudar is the sole member of *SVCARE Holdings, LLC.*  Defendants *Leonard Grunstein and*

*Murray Forman are Canyon Sudar Partners LLC*'s managing members and owners

3.43.    Defendant **SVCARE Holdings, LLC** SVCARE, is a Delaware LLC with its

principal place of business at 219 Ocean Avenue, Lawrence, NY.  It is 100% owned by

*CANYON SUDAR.  Leonard Grunstein and/or Murray Forman* are its Manager.  SVCARE is a

holding company that directly owns *SAVA and, through SAVA holds numerous Nursing Home*

*Operating entities.*

3.44.    Defendant **SAVA LLC** is a Delaware LLC, with its principal place of business at

1 Ravina Drive, Ste. 1500, Atlanta, Georgia.  It is 100% owned by *SVCARE.  Leonard Grunstein*

*and Murray Forman serve as DIRECTORS of SAVA.  Grunstein* is chairman of the Board.

SAVA is one of the largest providers of short and long term care services in the United States.  It

owns and/or operates nursing home facilities in FLORIDA, ALABAMA, CALIFORNIA,

COLORADO, CONNECTICUT,GEORGIA, ILLINOIS , MASSACHUSETS, MARYLAND ,

MICHIGAN, MISSISSIPPI, NORTH CAROLINA, NEBRASKA, PENNSYLVANIA,

TENNESSEE, WEST VIRGINIA, WISCONSIN, WYOMING, SOUTH CAROLINA, TEXAS, DELEWARE, NEW YORK

3.45.    Defendant **Fundamental Long Term Care Holdings, LLC**, is a Delaware LLC with its principal place of business at "The Highlands", 920 Ridgeview Road, Sparks, Maryland. It is 100% owned by Leonard Grunstein and Murray Forman. It operates Nursing Homes, Independent Living Centers, Intermediate and Acute Care Communities and Continuing Care Retirement Communities, and Life Care Communities which operate in Florida, Georgia, Illinois, Kansas, Maine, Michigan, Missouri, Nevada, New Hampshire, New Mexico, Oklahoma, Pennsylvania, South Carolina, Texas, and Wisconsin.

3.46.    Defendant **THI of Baltimore, Inc.** is a Delaware LLC with its principal place of business at The Highlands, 920 Ridgeview Road, Sparks, Maryland. It is 100% owned by Defendant *Fundamental*; and is an operator of numerous NHF's.

3.47.    Defendant **National Senior Care, Inc** is a Delaware corporation with its principal place of business at The Highlands, 920 Ridgeview Road, Sparks, Maryland. Its sole owner is Defendant *Harry Grunstein.*

3.48.    Defendant **Mariner Health Care, Inc**. is a Delaware corporation with its principal place of business at 1 Ravina Drive, Atlanta, Georgia. Defendant *National Senior Care, Inc. is its sole owner*. Mariner owns and operates Long Term Nursing and other health care assets.

3.49.    Defendant **Omnicare Inc** is a Kentucky corporation, specializing in providing pharmaceutical medications and supplies for 1.4 million patients in skilled nursing facilities. Its principal office is at 1600 River Center II, 100 Rivercenter Blvd., Covington, KY 41011.

3.50.    Defendant **Normandy Harbor Insurance Company, Inc**. is Florida Corporation having its principal place of business at 405 Arthur Godfrey Road, Ste. 508, Miami Beach, FL



33140. Defendant *Simon Ganz* is the founder and president of Normandy Harbor Insurance Company, Inc. which acts as a property and casualty insurance agency that handles the workers compensation insurance for the Defendant nursing homes named herein.

3.51. Defendant **Horizon Staffing, LLC (hereinafter "Horizon")** is a Florida Limited Liability Company, having as its principal place of business 5055 Collins Avenue, Apt. 3-c, and doing business in Kings County, New York, as a Foreign Limited Liability Company with offices at 4512 Farragut Rd., Brooklyn, New York 11203. It is owned by defendant *Simon Ganz,* who also operates *Horizon Aso., LLC, Acadia Staffing LLC, Cambridge Quality Care, LLC, Comell Insurance Services, LLC, Sg Cgo Op. LLC; and Defendant Normandy Harbor Insurance Company, Inc.* Defendant Horizon's Registered Agent is Simon Ganz, 5055 Collins Avenue, Apt. 3-c, Miami Beach, Florida 33140. *Upon information and belief, Mr. Ganz is a seasonal resident of Florida; thus there is no Registered Agent in Florida who can receive process as required by Florida Statute 48.091.*

3.52. Defendant **Adelpo, LLC** is an active Florida corporation, FEI/EIN 208076820 either, having its principal address at 6491 Sunset Strip Unit 5 Sunrise, FL 33313. Adelpo is the ordering system used to obtain products to allow daily operation of nursing homes in FL and other states owned, leased or operated by defendants. Its manager and registered agent is defendant *Ilan Najman Millennium Management L.L.C Chief Information Officer.*

3.53. Defendant **IT Management, LLC** is a is an active Florida corporation, FEI/EIN 203208976 having its principal address at 6491 Sunset Strip Unit 6 Sunrise, FL 33313. IT Management, LLC provides technical support and computer networking to allow daily operation of nursing homes in FL and other states owned, leased or operated by defendants. *Its manager and registered agent is defendant Ilan Najman Millennium Management L.L.C* Chief Information Officer.

3.54.   Defendant **FMSC Leasehold, LLC** is an active Foreign Limited Liability Company identified by FEI/EIN number 201420180 as of 12/30/2005. The principal and mailing address are 1055 NE 125th Street, North Miami, FL 33161. Both were last changed 5/15/2009. The registered agent is *Michael I. Bernstein, P.A.* address 1688 Meridian Avenue, Suite #786, Miami Beach, FL 33139 US. Both the name and address were changed 5/15/2009. Former registered agents include National Corporate Research, LTD., Inc. address 515 East Park Avenue, Tallahassee, FL 32301 US. CT Corporation System addresses 1200 South Pine Island Road, Plantation, FL 33324 US. The manager is *Avi Klein* address 1055 NE 125th Street, North Miami, FL 33161. Limited Liability Annual reports were electronically and/or hand-signed under oath that all information is true and accurate, thus did not qualify for an exemption under Section 119.07(3)(i). Electronic/or Handwritten signature represents a managing member, receiver, or trustee empowered under Chapter 608, FL Statues. The Limited Liability Annual Reports for FMSC Leasehold, LLC were signed by MGR *Avi Klein* in 2010, 2009, 2008, and 2007. They were signed by authorized representative Juan Grajeda and MGR Avi Klein in 2005.

3.55.   Defendant **Carestrong, L.L.C.** is a Florida Limited Liability Corporation since 6/15/2009 principal address   and mailing address is 4444 Adams Ave Miami Beach, FL 33140 . Its Registered Agent is *Greenwald, Michael* address 4444 Adams Ave Miami Beach, FL 33140 Its manager is *Greenwald, Michael* address 4444 Adams Ave Miami Beach, FL 33140. Limited Liability Annual reports were electronically and/or hand-signed under oath that all information true and accurate, thus did not qualify for an exemption under Section 119.07(3)(i). Carestrong is believed to be the "Management Company" for nursing homes owned by the individual and entities Defendants.

3.56.   Defendant **Weingarten Family Foundation** a 501(c)3 corporation. located at 1661 53rd Street, Brooklyn, NY, 11204. Defendant *Otto Weingarten* is president of Weingarten



Family Foundation.  Upon information and belief this foundation was funded with monies fraudulently obtained from Medicare and/or Medicaid.

3.57.    Defendant **Schon Family Foundation** is a, a 501 C (3) corporation operating out of 1534 53rd Street, Brooklyn, NY  11219.  Defendant Henry Schon is the President of the Schon Family Foundation. Upon information and belief this foundation was funded with monies fraudulently obtained from Medicare and/or Medicaid.

3.58.    Defendant **SWWS PARTNERSHIP INTERESTS, L.L.C** is an inactive Florida Limited Liability Company, having as its principal address: 10800 Biscayne Blvd., Ste. 600, Miami, Florida  33161, mailing address PO Box 546752 Surfside FL 33154. The Registered agent is defendant *Millennium Management L.L.C* 10800 Biscayne Blvd.Miami, Florida 33161.Defendant *A. Shawlson* is listed as PSTD, *Otto Weingarten, and Henry Schon* are MGRs.

3.59.    Defendant **Millennium Management L.L.C (Hereinafter "Millennium")** is a Florida Limited Liability Company, having as its principal address: 10800 Biscayne Blvd., Ste. 600, Miami, Florida  33161. Defendant AYS Holding serves as the registered agent.  Defendant Millennium Management L.L.C. is an active Florida Limited Liability Company as of 12/28/2006.  Both the principal and mailing address are 10800 Biscayne Blvd.,600, North Miami, FL 33161.  Both were last changed 2/28/2008.  The registered agent is listed as General Counsel address 10800 Biscayne Blvd., Suite 600, Miami, FL, 33161 US.  Both name and address changed 6/18/09. The Annual Report was signed "General Counsel" at the time of a name and/or address change in 2009.  Former registered agents include defendant Michael I. Bernstein, P.A. or defendant Michael I. Bernstein, Esq. address 1688 Meridian Avenue, Suite 418, Miami Beach, 33139 US or 1680 Michigan Avenue, Suite 736, Miami Beach, FL 33139. The manager is defendant Ays Holding, LLC address 10800 Biscayne Blvd., Suite 600, North Miami, FL 33161. The name changed to Ays Holdings, LLC in 2010.  Limited Liability Annual



reports were electronically and/or hand signed under oath that all information is true and accurate, thus did not qualify for an exemption under Section 119.07(3)(i). Electronic/or Handwritten signature represents a managing member, receiver, or trustee empowered under Chapter 608, FL Statues. The Florida Limited Liability Annual Reports for defendant Millennium Management L.L.C. were signed by MGR defendant Ashley Pereyra in 2010. They were signed by MGR defendant  A Shawson in 2009, 2008, and 2007. In 2007 defendant Millennium Management L.L.C.  was directed to changed it's name due to inadvertent misspelling of the company name at the time of filing.  It had been spelled as Millenium Management, LLC.  Millennium Management L.L.C is the registered agent for the following *defendants; M.H., L.L.C.; L.V., L.L.C.;WEST BROWARD GROUP, L.L.C.;ACQUISITION GROUP, L.L.C;.BRADENTON ENTERPRISE LLC;190, L.L.C.;2010, L.L.C.;12740, L.L.C.;1201, L.L.C.;1055 NE 125, L.L.C.;INSTITUTIONAL LEASING 1, LLC;PRIME INV. LLC;690 HOLDING COMPANY,; LLC,ASK HOLDINGS, LLC; 4395 PINE TREE DRIVE, LLC; SWWS PARTNERSHIP INTERESTS, L.L.C.;10800 BISCAYNE HOLDINGS, L.L.C.; 7060, LLC; 1213 W. STRATFORD, LLC; 26 HOLDINGS, LLC; 6595, LLC; PAZCARE, LLC; EMMCO, LLC; ABRE, INC.*

3.60.    Defendant **FL Property Holdings LLC** is a is a "foreign (Delaware)" Limited Liability Company, Document No. M03000003016, its FEI/EIN is 200206294, its principal and mailing addresses are: 10800 Biscayne Blvd., Ste. 600, Miami, Florida  33161. The Registered agent is CT Corporation 1200 S. Pine Island Rd Suite 250 Plantation, FL 33324.  The former registered agent is *Diamond Senior Living, LLC   of Danbury Connecticut.* Annual reports were signed in 2010 by defendant *Ashley Pereyra,* and in 2009 by defendant *Abraham Shaulson.* Upon information and belief,  *FL Property Holdings LLC is associated with defendant Abraham*



*Shaulson and Defendant "Alteregos" Diamond Senior Living, LLC; Diamond Senior Living I",*

*LLC; Diamond Senior Living II, LLC ; Diamond Senior Living-Island Lake, LLC .*

     3.61.    Defendant **SC Property Holdings, LLC** is a "foreign (Delaware)" Limited

Liability Company, Document No. M06000006800, its FEI/EIN is 205509880, its principal

address: 10800 Biscayne Blvd., Ste. 600, Miami, Florida 33161, mailing address PO Box

546752 Surfside FL 33154. The Registered agent is defendant *AYS Holdings. SC Property*

*Holdings, LLC*  was incorporated by defendant *Jack* Heiney in 2006 with the purpose to serve

as a holding company of real estate property for defendants *Abraham Shaulson et al, Leonard*

*Grunstein, Murray Forman, et al.*  Annual reports were signed in 2010 by defendants *Ashley*

*Pereyra,  in 2009  by Shavlson, Abraham, in 2008 by Abraham Shavlson, and in 2007 by*

*Shavlson, Abraham.*

     3.62.    Defendant **Abre, Inc**. is an active Florida Profit Corporation identified by

FEI/EIN number 651018472 as of 6/23/2000. The principal and mailing address are 3190 Pine

Tree Drive, Miami Beach, FL 33140 US. Both were last changed 12/29/2006. The registered

agent is *Millennium Management* address 10800 Biscayne Blvd., Suite 600, Miami, FL 33161

US. Both name and address changed 6/16/2009. Former registered agents include *Michael I.*

*Bernstein, P.A.* address 1688 Meridian Avenue, Ste 418, Miami, FL 33139 US or 1680 Michigan

Avenue, Suite 736, Miami Beach, FL 33139. *Spiegel & Untrera, P.A.* address 343 Almeria

Avenue, Coral Gables, FL 33134. The manager is *AYS Holdings* address 10800 Biscayne Blvd.,

Suite 600, Miami, FL 33161. The manager is also *Abraham Shawson* address P.O. Box 402401,

Miami Beach, FL 33140. Limited Liability Annual reports were electronically and/or hand-

signed under oath that all information is true and accurate, thus did not qualify for an exemption

under Section 119.07(3)(i). Electronic/or Handwritten signature represents a managing member,

receiver, or trustee empowered under Chapter 608, FL Statues. The Profit Corporation Annual



Reports for Abre, Inc. were signed by MGR *Ashley Pereyra* in 2010.They were signed by PSTD *Abraham Shawson* in 2009, 2008, 2007.  They were signed by *Abraham Shaulson* in 2006, 2002, and 2001.

3.63.    Defendant **Institution Leasing 1, LLC** is an active Florida Limited Liability Company identified by FEI/EIN number 202579352 as of 3/24/2005.  The principal and mailing address are 10800 Biscayne Bay Blvd., 600, Miami, FL 33161.  They both changed 8/18/2009. The registered agent is *Millenium Management* address 10800 Biscayne Bay Blvd., Suite 600, Miami, FL 33161.  Both name and address 8/18/2009.  Former registered agents include Joshua D. Manaster ESQ. address 4770 Biscayne Bay Blvd., Fourth Floor, Miami, FL 33137 US or 1428 Brickell Avenue, Eighth Floor, Miami, FL 33131.  The manager is *AYS Holdings* 10800 Biscayne Bay Blvd., Suite 600, Miami, FL 33161.  The manager *is also A. Shaulson* address 4770 Biscayne Bay Blvd. Fourth Floor, Miami, FL 33137.  Limited Liability Annual reports were electronically and/or hand-signed under oath that all information is true and accurate, thus did not qualify for an exemption under Section 119.07(3) (i).  Electronic/or Handwritten signature represents a managing member, receiver, or trustee empowered under Chapter 608, FL Statues.  The Florida Limited Liability Annual Reports for Institutional Leasing 1, LLC were signed by MGR *Ashley Pereyra* in 2010.  They were signed by MGR *A. Shaulson* in 2009 and 2008.  They were signed by authorized representative Joshua D. Manaster, ESQ. in 2005.

3.64.    Defendant **PRIME INV. LLC** is a Florida corporation, owned by Defendant *Abraham Shaulson.* Defendant Prime Inv. LLC is an active Florida Limited Liability Company as of 9/14/2005.  The principal address is 16650 W. Dixie Hwy, Miami, FL 33140 last changed 1/25/2007, mailing address is P.O. Box 402401, Miami, FL 33140.  The registered agent is *Millennium Management* 10800 Biscayne Blvd. Suite 600, Miami, and FL 33161 US both name and address changed 4/30/2009.  Former registered agents include *Michael I. Bernstein, P.A.*

Surfside, FL 33154 last changed 4/10/2008. The registered agent is C T Corporation System address 1200 South Pine Island Road, Plantation, FL 33324 US.   The manager is *AYS Holdings, LLC* address 10800 Biscayne Blvd., Suite 600, Miami, FL 33161. The manager *is also Abraham Shanlson* address 1055 N.E. 125th Street, N. Miami, FL 33161. Limited Liability Annual reports were electronically and/or hand-signed under oath that all information is true and accurate, thus did not qualify for an exemption under Section 119.07(3)(i). Electronic/or Handwritten signature represents a managing member, receiver, or trustee empowered under Chapter 608, FL Statues. The Limited Liability Annual Reports for Millennium Administrative Services, LLC were signed by *MGR AYS Holdings, LLC* in 2010. They were signed by *MGR Abraham Shawson* in 2009, 2008 and 2007. They were signed by MGR *Abraham Shaulson* in 2006 and 2005.

   3.68.   Defendant **Nationwide D.M.E., L.L.C.** FEIN, an active Florida corporation, in existence since 2009. The current registered agent is *Allison Stone ESQ and MGR is Eli Strolhli.* The annual reports *MGRM were signed by 2010 defendants Allison Stone and Eli Strolli,* 2009, *Eli Strolhi,* 2008 defendant Illegible. The address is 10800 Biscayne Blvd Suite 660 Miami, FL 33161.

   3.69.   Defendant **LWRE, LLC.** Is an active Florida Limited Liability Company identified by FEI/EIN number 2001128778 as of 7/23/2003? The principal address is c/o Linett, Schiechter, Reicher & Ofsevit 810 Seventh Ave 10th Floor New York, New York 10019, mailing address is c/o Linett, Schiechter, Reicher & Ofsevit 810 Seventh Ave 10th Floor New York, New York 10019. The Registered agent is CT Corporation 1200 S. Pine Island Rd Suite 250 Plantation, FL 33324 both name and address last changed 8/2/2010. The manager is Defendant *Manuel Scharf,* address 1608 59th St Brooklyn, NY 11204. Former registered agents include *Millennium Management L.L.C* address 10800 Biscayne Blvd Suite 600 Miami, FL 33161 and Seindling, Sandy c/o Moore, Stephens, Lovelace, P.A. 14750 NW 77th Ct., Suite 200 Miami



address 1688 Meridian Ave., Suite 418, Miami Beach, FL 33139 US or 1680 Michigan Ave.,

Suite 736, Miami Beach, FL 33139. The manager is *AYS Holdings* address 10800 Biscayne Bay

Boulevard, Suite 600, Miami, FL 33161. Limited Liability Annual reports are electronically

and/or hand signed under oath so that all information is true and accurate, thus did not qualify for

exemption under section 119.07(3)(i). Electronic and/or handwritten signature represents a

managing member, receiver, or trustee empowered under Chapter 608, FL Statutes. Limited

Liability Annual reports for Prime Inv. LLC were signed by MGR *Ashley Perpeyra* in 2010, by

MGR *A. Shaulson* in 2009, by *A. Shawson* in 2008, 2007, 2006, and by MGR *Michael I.*

*Bernstein* in 2005.

     3.65.   Defendant **Millenium Healthcare Management, LLC** is an active Florida

Limited Liability Company identified by FEI/EIN number 061669076 as of 1/02/2003. The

principal and mailing address are 1055 N.E. 125th Street, North Miami, FL 33161. They were

both changed 4/17/2009. The registered agent is *Michael I. Bernstein, P.A.* address 1688

Meridian Avenue, Suite # 418, Miami Beach, FL 33139 US. The name changed 9/20/2005. The

address changed 10/19/2007. Former agents include Michael I. Bernstein, P.A. address 1680

Michigan Ave., #736, Miami Beach, FL 33139 US or 8925 S.W. 148th Street, Suite 200, Miami,

FL 33176 US. Spiegel & Utrera, P.A. 1840 SW 22nd St., 4th Floor, Miami, FL 33145 US. The

manager is *Av Aklein* 1055 NE 125th Street, North Miami, FL 33161. Limited Liability Annual

reports were electronically and/or hand-signed under oath that all information is true and

accurate, thus did not qualify for an exemption under Section 119.07(3)(i). Electronic/or

Handwritten signature represents a managing member, receiver, or trustee empowered under

Chapter 608, FL Statues. The Limited Liability Annual Reports for Millennium Healthcare

Management, LLC were signed by authorized representative *Michael I. Bernstein* in 2010. They

were signed by MGR *A. Klein* in 2009. They were signed by MGR *Av Aklein* in 2008. They



Lakes, FL 33016. Limited Liability Annual reports were electronically and/or hand-signed under oath that all information true and accurate, thus did not qualify for an exemption under Section 119.07(3)(i). Electronic/or Handwritten signature represents a managing member, receiver, or trustee empowered under Chapter 608, FL Statues. Limited Liability Annual reports for LWRE, LLC were signed by MGR in 2010 Ashley Pereyra, in 2009 by MGRM, *Scharf Manuel*, in 2008 by *MGR Manuel Scharf*, in 2007 by *MGRM Scharf, Manuel* or MGR Warlow, Melissa a resident of Sparks Glencoe, MD, in 2006 by *MGRM Scharf, Manuel* with MGR Warlow, Melissa listed, 2005 by MGRM Scharf, Manuel Warlow, Melissa was add as MGR, in 2004 Manuel Scharf. In March 2009, *Finance AAA Limited a United Kingdom Corporation* located at 168 Granville Road London NW 22LD, England, Lender signed by "company director representative" *Avi Werjuka* and notarized under the name Abraham Werjuka granted LWRE, LLC an extension of the maturity date on the original note & mortgage in the amount of $1,995,250.00 guaranteed by Defendant *Manuel Scharf.* Melissa Warlow is believed to be an employee of defendant *THI of Baltimore, Inc.*

 3.70. Defendant **BLRE, LLC** is an active Florida Limited Liability Company managed by *Manuel Scarf* identified by FEI/EIN number 2001128782 as of 7/23/2003. The principal address is 810 Seventh Ave 10th Floor New York, New York 10019, mailing address is c/o 810 Seventh Ave 10th Floor New York, New York 10019. The Registered agent is CT Corporation 1200 S. Pine Island Rd Suite 250 Plantation, FL 33324 both name and address last changed 8/2/2010. The manager is Defendant *Manuel Scarf*, address 1608 59th St Brooklyn, NY 11204. Former registered agents include *Millennium Management L.L.C* address 10800 Biscayne Blvd Suite 600 Miami, FL 33161 and *Swindling, Sandy c/o Moore, Stephens, Lovelace, P.A.* 14750 NW 77th Ct., and Suite 200 Miami Lakes, FL 33016. Limited Liability Annual reports were electronically and/or hand-signed under oath that all information true and accurate, thus did not



qualify for an exemption under Section 119.07(3) (i). Electronic/or Handwritten signature

represents a managing member, receiver, or trustee empowered under Chapter 608, FL Statues.

Limited Liability Annual reports for LWRE, LLC were signed in 2009 by MGRM, *Scarf*

*Manuel*, in 2008 by *MGR Manuel Scharf*, in 2007 by *MGRM Scharf, Manuel*.

      3.71.   Defendant **HRLE, LLC** an inactive Florida Limited Liability Company managed

by *Manuel Scharf*; identified by FEI/EIN number 2001128770 established as of 7/23/2003.  The

principal address is c/o Linett, Schiechter, Reicher & Ofsevit 810 Seventh Ave 10th Floor New

York, New York 10019; mailing address is c/o Linett, Schiechter, and Reicher & Ofsevit 810

Seventh Ave 10th Floor New York, New York 10019.  The Registered agent is NONE; registered

agent resigned as of 9/14/2009 defendant *Sandy Swindling* also a current or former employee of

defendant Morse Stephens Lovelace PA.  *Sandy Swindling* also has represented defendants

*LWRE. LLC, BLRE, LLC*,  whose  manager is Defendant *Manuel Scharf*, address 1608 59th St

Brooklyn, NY 11204. Limited Liability Annual reports were electronically and/or hand-signed

under oath that all information true and accurate, thus did not qualify for an exemption under

Section 119.07(3)(i). Electronic/or Handwritten signature represents a managing member,

receiver, or trustee empowered under Chapter 608, FL Statues.  Limited Liability Annual reports

for LWRE, LLC were signed in 2009 by MGRM, *Scharf Manuel*, in 2008 by *MGR Manuel*

*Scharf*, in 2007 by *MGRM Scharf, Manuel* or MGR Warlow, Melissa a resident of Sparks

Glencoe, MD, in 2006 by *MGRM Scharf, Manuel* with MGR Warlow, Melissa listed, 2005 by

MGRM Scharf, Manuel Warlow, Melissa was add as MGR, in 2004 Manuel Scharf.  Melissa

Warlow is believed to be an employee of defendant *THI of Baltimore, Inc.*

      3.72.   Defendant **NJRE, LLC**  is an active Florida Limited Liability Company managed

by *Manuel Scharf*; and also listed as an inactive Florida Limited Liability Company managed by

*Manuel Scharf*; identified by FEI/EIN number 2001128770 established as of 7/23/2003.  The

principal address is c/o Linett, Schiechter, Reicher & Ofsevit 810 Seventh Ave 10th Floor New York, New York 10019, mailing address is c/o Linett, Schiechter, Reicher & Ofsevit 810 Seventh Ave 10th Floor New York, New York 10019. The Registered agent is NONE, Registered agent resigned as of 9/14/2009 defendant *Sandy Swindling* also a current or former employee of defendant Morse Stephens Lovelace PA. *Sandy Swindling also has represented defendants LWRE. LLC, BLRE, LLC*, whose manager is Defendant *Manuel Scharf*, address 1608 59th St Brooklyn, NY 11204. Limited Liability Annual reports were electronically and/or hand-signed under oath that all information true and accurate, thus did not qualify for an exemption under Section 119.07(3)(i). Electronic/or Handwritten signature represents a managing member, receiver, or trustee empowered under Chapter 608, FL Statues. Limited Liability Annual reports for LWRE, LLC were signed in 2009 by MGRM, *Scharf Manuel*, in 2008 by *MGR Manuel Scharf*, in 2007 by *MGRM Scharf, Manuel* or MGR Warlow, Melissa a resident of Sparks Glencoe, MD, in 2006 by *MGRM Scharf, Manuel* with MGR Warlow, Melissa listed, 2005 by MGRM Scharf, Manuel Warlow, Melissa was add as MGR, in 2004 Manuel Scharf. Melissa Warlow is believed to be an employee of defendant *THI of Baltimore, Inc.*

    3.73.   Defendant **ES, LLC** is an active Florida Limited Liability Company identified by FEI/EIN number 651070300 as of 1/31/2001. The principal and mailing address are 4523 Royal Palm Ave, Ste 2, Miami Beach, FL 33140. Both were changed 3/23/2009. The registered agent is Allison Stone, Esq. address 4775 Collins Ave., 1905, Miami Beach, FL 33140 US. Both name and address changed 1/05/2010. Former registered agents include *Michael Bernstein* address 8925 SW 148th Street, 200, Miami, FL 33176 US. Spiegel & Utrera, P.A. address 343 Almeria Avenue, Coral Gables, FL 33134 US. The current manager ES, LLC address 4523 Royal Palm Beach Ave, Miami Beach, FL 33140. The manager *is also Eli L. Strohli* address 3600 Collins Ave. #202, Miami Beach, FL 33140. Limited Liability Annual reports were electronically



and/or hand-signed under oath that all information is true and accurate, thus did not qualify for an exemption under Section 119.07(3)(i). Electronic/or Handwritten signature represents a managing member, receiver, or trustee empowered under Chapter 608, FL Statues. The Florida Limited Liability Annual reports for ES, LLC were signed by MGR *Eli Strohli* in 2010, 2008, 2007, 2006, 2005, 2004, 2003, and 2002.   It was signed by authorized representative Elsie Sanchez in 2001.

3.74.   Defendant **Mountain Trace Enterprise LLC** is a "foreign (Delaware)" Limited Liability Company, Document No. M09000001456, its FEI/EIN is 264540692, its principal address is c/o *Millennium Management L.L.C* , 10800 Biscayne Boulevard, Ste. 600, Miami, Fl 33161 and its managing member was *Eli Strohli in 2009 then was Abraham Shaulson in 2010 and is again Eli Strohli*. Mountain Trace Enterprise LLC is believed to be a nursing home located at 417 Mountain Trace Rd Sylva, NC 28779 and also believed to be to be connected to defendant *Ibshar Holding, LLC.*

3.75.   Defendant **Ibhsar Holding,  LLC** is a "foreign" (Delaware) Limited Liability Company, formed on December 18, 2008,  Document No M080000005468, FEI/EIN 263518197, having its principal address c/o *Millennium Management L.L.C*, 10800 Biscayne Blvd., Ste. 600, Miami, FL  33161, and having as its Manager, *AYS Holdings*. Former managers include *Abraham Shaulson* . Annual reports were signed in 2010 by defendants *Ashley Pereyra, 2009 Abraham Shaulson.*  It is believed that Ibhsar Holdings, LLC was formed with anticipation of the acquisition a portfolio of 19 Florida Healthcare facilities from  *Diamond Senior Living III LLC* that occurred or was announced on 12/31/2008.  Several of the addresses of these properties are believed to be 2225 Knox Mc Rae Dr, Titusville, FL and 4251 Stack Blvd, Melbourne, FL.

3.76.   Defendant **"Lake Worth Manor"** is a Skilled Nursing Facility (hereinafter "SNF") and a Nursing Home ("hereinafter "NH") located at 1201 12[th] Avenue S., Lake Worth,



Florida 33460.  Defendant, Lake Worth Manor, is owned and operated by Defendants, Millennium and Horizon.

3.77.   Defendant **1201, L.L.C.** is an active Florida Limited Liability Company identified by FEI/EIN number 200241899 as of 8/21/2003.  The principal address is 10800 Biscayne Blvd Suite 600 North Miami, FL 33161 last changed 4/9/2008, mailing address is PO Box 402401 Miami, FL 33140 last changed 4/9/2008.  The Registered agent is *Defendant Millennium Management L.L.C.,* address is 10800 Biscayne Blvd Suite 600 Miami, FL 33161 US, both name and address last changed 4/30/2009.   Former registered agents include *Michael I. Bernstein, P.A. or Michael I. Bernstein* address 1688 Meridian Ave Suite 418 Miami Beach, FL 33139 or 1680 Michigan Ave Suite 736 Miami Beach, Fl 33139 and Joshua D Manaster, Esquire 1428 Brickell Ave, Eighth Floor Miami, FL 33131. The manager is Defendant *AYS Holdings* address 10800 Biscayne Blvd Suite 600 Miami, FL 33161.  Limited Liability Annual reports were electronically and/or hand-signed under oath that all information true and accurate, thus did not qualify for an exemption under Section 119.07(3)(i).  Electronic/or Handwritten signature represents a managing member, receiver, or trustee empowered under Chapter 608, FL Statues.  Limited Liability Annual reports for  M.H., L.L.C. by MGR in 2010 *Ashley Pereyra, in 2009, Shaulson A, in 2008 Lake Worth Enterprise LLC, in 2007* Sharon Bodek, in 2006 S. Bodek, 2005 Sharon Bodek,, 2004 Sharon Bodek.

3.78.   Defendant **Lake Worth Enterprise** is an active Florida Limited Liability Company identified by FEI/EIN number 20080509 as of 7/11/2003.  The principal address 1202 12th Ave South Lake Worth, FL 33460 last changed 1/11/2006, mailing address is PO Box 546752 Surfside FL 33140 last changed 4/20/2010.  The Registered agent is CT Corporation 1200 S. Pine Island Rd Suite 250 Plantation, FL 33324 both name and address last changed 4/20/2010.  The MGR address is Defendant Lake Worth Enterprise LLC address 1202 12th Ave



South Lake Worth, FL 33460. Former registered agents include *Michael I. Bernstein, P.A. or Michael I Bernstein* address 1688 Meridian Ave Suite 418 Miami Beach, FL 33139 or 1680 Michigan Ave Suite 736 Miami Beach, Fl 33139, and Spiegel & Utera, P.A. address 1840 Southwest 22nd Street 4th Floor Miami, FL 33131.  Limited Liability Annual reports were electronically and/or hand-signed under oath that all information true and accurate, thus did not qualify for an exemption under Section 119.07(3)(i).  Electronic/or Handwritten signature represents a managing member, receiver, or trustee empowered under Chapter 608, FL Statues. Limited Liability Annual reports for Lake Worth Enterprise LLC by MGR in 2010 Lake Worth Enterprise LLC, in 2009, Lake Worth Enterprise LLC , in 2008 Lake Worth Enterprise LLC, in 2007 Lake Worth Enterprise LLC, in 2006 *Eli Strohli*,  in 2005 Member, 2004 *Eli Strohli*. Other names additions or changes  include *Lake Worth Enterprise, E LLC* in 2006 signed by *Eli Strohli* and Lake Worth Enterprise LLC signed in 2007, 2008.

     3.79.   Defendant **Oasis Health and Rehabilitation Center a/k/a "Lake Worth Manor"(name was changed after Feburary 22, 2010)** is a  Skilled Nursing Facility (hereinafter "SNF") and a Nursing Home ("hereinafter "NH") located at 1201 12th Avenue S., Lake Worth, Florida 33460.  Defendant *Eli Strolhi* is the registered agent.

     3.80.   Defendant **CDBR Enterprise LLC** is identified by FEI/EIN number 263292498 as of 8/29/2008.  The principal address is 2010 Manatee Ave E, Bradenton, FL 34208 last changed 4/24/2009, mailing address is 2010 Manatee Ave E, Bradenton, FL 34208 last changed 4/24/2009.  The Registered agent is CT Corporation 1200 S. Pine Island Rd Suite 250 Plantation, FL 33324.  Former registered agents include *Allison Stone Esq.* Address 1800 Biscayne Boulevard Suite 600 Miami, FL 33161.

     3.81.   Defendant **"Braden River Care Center"** is a fictitious name registration number GO3212900049 filed on 7/30/2003 expires on 12/31/2013.  Mailing address is 2010 Manatee



Ave E,  Bradenton, FL 34208. The owner is Defendant *Bradenton Enterprise LLC* which address

is 2010 Manatee Ave E Bradenton, FL 34208. There is an FEI/EIN number is 20-0081788 and

Document number is L03000025333.

    3.82.    Defendant **Bradenton Enterprise LLC** is an active Florida Limited Liability

Company managed by Defendant *Eli Strohli*.

    3.83.    Defendant **Boca Group, LLC** is an active Florida Limited Liability Company

identified by FEI/EIN number 651112977 as of 6/19/2001 with a reinstatement filed on

10/31/2002.  The principal address is 9945 Central Park Blvd North Boca Raton, FL 33428 last

changed 1/11/2006, mailing address is PO Box 546752 Surfside, FL 33154 last changed

4/30/2009.  The Registered agent is CT Corporation 1200 S. Pine Island Rd Suite 250 Plantation,

FL 33324 both name and address last changed 4/20/2010.  Former registered agents include

*Michael I. Bernstein, P.A. or Michael I Bernstein* address 1688 Meridian Ave Suite 418 Miami

Beach, FL 33139 or 1680 Michigan Ave Suite 736 Miami Beach, Fl 33139, *Millennium

Management* 10800 Biscayne Blvd Suite 600 Miami, FL 33161, and Spiegel & Utera, P.A.

address 1840 Southwest 22nd Street 4th Floor Miami, FL 33131.  The manager is Defendant *Boca

Group LLC* 9945 Central Park Blvd North Boca Raton, FL 33428. Limited Liability Annual

reports were electronically and/or hand-signed under oath that all information true and accurate,

thus did not qualify for an exemption under Section 119.07(3)(i).  Electronic/or Handwritten

signature represents a managing member, receiver, or trustee empowered under Chapter 608, FL

Statues.  Limited Liability Annual reports  for Boca Group, LLC were signed by MGR  in 2010

and 2009 by *Boca, Group, LLC, 2008 by Annie Maresca, 2007 by Boca, Group, LLC,2006 by Eli

Strohli, 2005 by Manager, 2004 by Eli Strohli,  managing members listed as Strohli, Eli, 2003 by

Strohli, Eli managing members listed as Slrohli, Eli, 2002 Eli Strohli.*



3.84.   Defendant **"Menorah House** is a fictitious name registration number GO2051900051 filed on 2/20/2002 expired on 12/31/2007. Mailing address is 9945 Central Park Blvd North Boca Raton, FL 33428. Its Owner is Defendant *Eli Strohli*, address is 9945 Central Park Blvd North Boca Raton, FL 33428. There is no record of an FEI/EIN number or Document number.

3.85.   Defendant **M.H., L.L.C.** is an active Florida Limited Liability Company identified by FEI/EIN number 651112532 as of 6/11/2001 with a reinstatement filed on 9/16/2005. The principal address is 180357 Brooklyn, NY 11218 last changed 2/14/2007, mailing address is PO Box 180357 Brooklyn, NY 11218 last changed 2/14/2007. The Registered agent is *Millennium Management L.L.C* address 10800 Biscayne Blvd Suite 600 Miami, FL 33161 US, both name and address last changed 4/30/2009 Former registered agents include *Michael I. Bernstein, P.A. or Michael I. Bernstein* address 1688 Meridian Ave Suite 418 Miami Beach, FL 33139 or 1680 Michigan Ave Suite 736 Miami Beach, Fl 33139 and Joshua D Manaster, Esquire 1428 Brickell Ave, Eighth Floor Miami, FL 33131. The manager is Defendant *AYS Holdings* address 10800 Biscayne Suite 600 Miami, FL 33161. Limited Liability Annual reports were electronically and/or hand-signed under oath that all information true and accurate, thus did not qualify for an exemption under Section 119.07(3)(i). Electronic/or Handwritten signature represents a managing member, receiver, or trustee empowered under Chapter 608, FL Statues. Limited Liability Annual reports for M.H., L.L.C. by MGR in 2010 *Ashley Pereyra*, in 2009.

3.86.   Defendant **L.V., L.L.C.** is an active Florida Limited Liability Company identified by FEI/EIN number 651112538 as of 6/11/2001 with a reinstatement filed on 9/16/2005. The principal and mailing addresses are 10800 Biscayne Blvd Suite 600 Miami, FL 33161 last changed 6/9/2010. Manager is Defendant *AYS Holdings* 10800 Biscayne Blvd., Suite 600 Miami,



FL 33161  The Registered agent is *Millennium Management L.L.C* address 10800 Biscayne Blvd

Suite 600 Miami, FL 33161 US, both name and address last changed 4/30/2009 Former

registered agents include *Bernstein, Michael I ESQ, Michael I. Bernstein, P.A. or Michael I*

*Bernstein* address 1688 Meridian Ave Suite 418 Miami Beach, FL 33139 or 1680 Michigan Ave

Suite 736 Miami Beach, Fl 33139  and Joshua D Manaster, Esquire 1428 Brickell Ave, Eighth

Floor Miami, FL 33131. Limited Liability Annual reports were electronically and/or hand-signed

under oath that all information true and accurate, thus did not qualify for an exemption under

Section 119.07(3)(i). Electronic/or Handwritten signature represents a managing member,

receiver, or trustee empowered under Chapter 608, FL Statues.  Limited Liability Annual reports

for L.V., L.L.C. by MGR in  2010 AYS Holdings, in 2009, Sharon Bodek, in 2008 Sharon

Bodek, in 2007 illegible, in 2006 S Bodek, in 2005 Sharon Bodek, in 2004 Sharon Bodek.

    3.87.    Defendant **Delray Group, LLC** is an active Florida Limited Liability Company

identified by FEI/EIN number 651112992 as of 6/19/2001 with a reinstatement filed on

12/4/2003.  The principal address is 5430 Linton Blvd Delray Beach, FL 33484 last changed

4/4/2008, mailing address is PO Box 546752 Surfside, FL 33154 last changed 4/2/2010.  The

Registered agent is CT Corporation 1200 S. Pine Island Rd Suite 250 Plantation, FL 33324 both

name and address last changed 4/20/2010.  Former registered agents include *Michael  I.*

*Bernstein, P.A. or Michael I Bernstein* address 1688 Meridian Ave Suite 418 Miami Beach, FL

33139 or 1680 Michigan Ave Suite 736 Miami Beach, Fl 33139  and Joshua Manaster, ESQ

1248 Brickell Ave, Eighth Floor Miami, FL 33131. The manager is Defendant *Delray Group*

*LLC*, 10800 Biscayne Blvd Suite 600 Miami Beach, FL 33161. Limited Liability Annual reports

were electronically and/or hand-signed under oath that all information true and accurate, thus did

not qualify for an exemption under Section 119.07(3)(i). Electronic/or Handwritten signature

represents a managing member, receiver, or trustee empowered under Chapter 608, FL Statues.



Limited Liability Annual reports for Delray Group, LLC were signed by MGRM in 2010 and 2009 by Delray Group, LLC, 2008 by Annie Maresca, 2007 *by Delray Group, LLC, 2006 by MGR Eli Strohli, 2005 by MGR Member, 2004 by Eli Strohli, 2003 by Eli Strohli, 2002 by Eli Strohli.*

3.88.   Defendant **"Lake View Care Center at Delray"** is a fictitious name registration number GO3230900385 filed on 8/18/2003 expired on 12/31/2008. Application for Fictitious name was signed by Defendant *Eli Strohli* as a representative for Defendant *Delray Group LLC.* The mailing address is 5430 Linton Blvd Delray Beach, FL 33484. The Owner is Defendant *Delray Group LLC* address 1111 Kane Concourse Suite 301 Bay Harbor, FL 33154. FEI/EIN number is listed as APPL, Document number is L01000009737.

3.89.   Defendant **Hialeah Enterprise LLC** is an active Florida Limited Liability Company identified by FEI/EIN number 200080492 as of 7/11/2003. The principal address is 190 W 28th Street Hialeah, FL 33010 last changed 4/24/2009, mailing address is 10800 Biscayne Blvd Suite 600 Miami, FL 33161 last changed 3/24/2008. The Registered agent is CT Corporation 1200 S. Pine Island Rd Suite 250 Plantation, FL 33324 both name and address last changed 4/20/2010. Former registered agents include Michael I. Bernstein, P.A. or Michael I Bernstein address 1688 Meridian Ave Suite 418 Miami Beach, FL 33139 or 1680 Michigan Ave Suite 736 Miami Beach, Fl 33139 and Spiegel & Utrera, P.A. 1840 SW 22nd St., 4th Floor Miami, FL 33145. The manager is Defendant *Hialeah Enterprise LLC,* 10800 Biscayne Blvd Suite 600 Miami, FL 33161. Limited Liability Annual reports were electronically and/or hand-signed under oath that all information true and accurate, thus did not qualify for an exemption under Section 119.07(3)(i). Electronic/or Handwritten signature represents a managing member, receiver, or trustee empowered under Chapter 608, FL Statues. Limited Liability Annual reports for Delray Group, LLC were signed by MGRM in 2010 and 2009 by Hialeah Enterprise LLC,



2008 by *Annie Maresca, 2007 by Hialeah Enterprise LLC (MGR listed as Hialeah Enterprise L, LC), 2006 by MGR Eli Strohli, 2005 by MGR Member, 2004 by Eli Strohli, 2003 by Eli Strohli.*

    3.90.    Defendant **190, L.L.C.** is a Defendant is 190, L.L.C. is an active Florida Limited Liability Company identified by FEI/EIN number 200241899 as of 8/21/2003.  The principal address is 10800 Biscayne Blvd Suite 600 North Miami, FL 33161 last changed 4/9/2008, mailing address is PO Box 402401 Miami, FL 33140 last changed 4/9/2008.  The Registered agent is *Millennium Management L.L.C* address 10800 Biscayne Blvd Suite 600 Miami, FL 33161, both name and address last changed 4/30/2009 Former registered agents include  Joshua D Manaster, Esquire 1428 Brickell Ave, Eighth Floor Miami, FL 33131.The manager is AYS Holdings  address 10800 Biscayne Blvd Suite 600 Miami, FL 33161.  Limited Liability Annual reports were electronically and/or hand-signed under oath that all information true and accurate, thus did not qualify for an exemption under Section 119.07(3)(i).  Electronic/or Handwritten signature represents a managing member, receiver, or trustee empowered under Chapter 608, FL Statues.  Limited Liability Annual reports for 190, L.L.C. by *MGR in  2010 Ashley Pereyra, in 2009, Shaulson A, in 2008 Sharon Bodek, in 2007 Sharon Bodek, in 2006 S. Bodek, 2005 Sharon Bodek,, 2004 Sharon Bodek.*

    3.91.    Defendant is **7060, LLC** is an active Florida Limited Liability Company identified by FEI/EIN number 830497295 as of  8/7/2007.  The principal address is 10800 Biscayne Blvd Suite 600 North Miami, FL 33161 last changed 4/3/2008, mailing address is PO Box 546752 Surfside, FL 33154 last changed 4/30/2008.  The Registered agent is *Millennium Management L.L.C* address 10800 Biscayne Blvd Suite 600 Miami, FL 33161 US, both name and address last changed 4/30/2009 Former registered agents include  Joshua D Manaster, Esquire 1428 Brickell Ave, Eighth Floor Miami, FL 33131.The manager is *AYS Holdings, LLC* address 10800 Biscayne Boulevard North Miami, FL 33161.  Limited Liability Annual reports

were electronically and/or hand-signed under oath that that all information true and accurate, thus did not qualify for an exemption under Section 119.07(3)(i). Electronic/or Handwritten signature represents a managing member, receiver, or trustee empowered under Chapter 608, FL Statues. Limited Liability Annual reports for 7060, L.L.C. by *MGR in 2010 Ashley Pereyra (Shawson, Abraham listed as MGR), in 2009, Shawson, Abraham in 2008 Abraham Shawson* .

3.92.    Defendant **Coral Gables Holdings, L.L.C.,** address 7060 S.W. 8th St Miami, FL 33144. FEI/EIN number is listed as APPL. Document number is L07000086757.

3.93.    Defendant **"Coral Gables Nursing and Rehabilitation Center"** is a fictitious name registration number GO72369000264 active filed on 8/24/2007, expiration date is 12/31/201. Application for Fictitious name was signed listed under *Michael I. Bernstein, ESQ.,* AUTH. Agent. The Mailing address is 7060 S.W. 8th St Miami, FL 33144.

3.94.    Defendant **Northern Jacksonville Enterprise LLC.** is an active Florida Limited Liability Company identified by FEI/EIN number 2000804067 as of 7/11/2003. The principal address is 12740 Lanier Rd Jacksonville, FL 32226 last changed 4/7/2008, mailing address is P.O. Box 546752 Surfside, FL 33154 last changed 4/20/2010. The Registered agent is CT Corporation 1200 S. Pine Island Rd Suite 250 Plantation, FL 33324 both name and address last changed 4/20/2010. Former registered agents include *Michael I. Bernstein, P.A. or Michael I Bernstein* address 1688 Meridian Ave Suite 418 Miami Beach, FL 33139 or 1680 Michigan Ave Suite 736 Miami Beach, Fl 33139, 10800 Biscayne Blvd Suite 600 Miami Beach, FL 33161, and Spiegel & Utrera, P.A. 1840 Coral way 4th Floor, Miami, FL 33145. The Manager is Defendant *Northern Jacksonville Enterprise LLC* 12740 Lanier Rd. Jacksonville, FL 32226. Limited Liability Annual reports were electronically and/or hand-signed under oath that all information true and accurate, thus did not qualify for an exemption under Section 119.07(3)(i). Electronic/or Handwritten signature represents a managing member, receiver, or trustee



empowered under Chapter 608, FL Statues.  Limited Liability Annual reports  for Northern

Jacksonville Enterprise LLC were signed by *MGR  in 2010 by Northern Jacksonville Enterprise*

*LLC, in 2009 by MGR Northern Jacksonville Enterprise LLC, in 2008 by Annie Maresca, in*

*2007 Annie Maresca MS., 2006 by Eli Strohli, in 2005 by member MGR, in 2004 by Eli Strrohli.*

      3.95.   Defendant **"Lanier Manor"** is a fictitious name registration number

GO3212900054 active filed on 7/30/2003, expiration date is 12/31/2013.  Application for

Fictitious name was signed listed under Defendant *Eli Strohli*.  The Mailing address is 12740

Lanier Rd Jacksonville, FL 32226.Owner is Defendant *Northern Jacksonville Enterprise LLC*

12740 Lanier Rd Jacksonville, FL 32226.  FEI/EIN number is listed as 20-0080467.  Document

number is L03000025330.

      3.96.   Defendant **12740, L.L.C.** is an active Florida Limited Liability Company

identified by FEI/EIN number 200241911 as of 8/21/2003.  The principal address is 10800

Biscayne Blvd Suite 600 North Miami, FL 33161 last changed 4/9/2008, mailing address is PO

Box 402401 Miami Beach, FL 33140 last changed 4/9/2008.  The Registered agent is

*Millennium Management L.L.C* address is 10800 Biscayne Blvd Suite 600 Miami, FL 33161 US,

both name and address last changed 4/30/2009. Former registered agents include Joshua D

Manaster, Esquire, 1428 Brickell Ave, Eighth Floor Miami, FL 33131.The manager is Defendant

*AYS Holdings, LLC* address 10800 Biscayne Boulevard Suite 600 Miami, FL 33161.  Limited

Liability Annual reports were electronically and/or hand-signed under oath that all information

true and accurate, thus did not qualify for an exemption under Section 119.07(3)(i).

Electronic/or Handwritten signature represents a managing member, receiver, or trustee

empowered under Chapter 608, FL Statues.  Limited Liability Annual reports for 12440, L.L.C.

*by MGR in 2010 Ashley Pereyra (AYS Holdings listed as MGR), in 2009, Shaulson, A,  in 2008*

*Sharon Bodek, 2007 Illegible, in 2006 S. Bodek, in 2005 Sharon Bodek, In 2004 Sharon Bodek.*



3.97.   Defendant **Avon Park Royal Holdings, L.L.C.** is an active Florida Limited Liability Company identified by FEI/EIN number 261301530 as of 8/29/2007.  The principal address is 1213 West Stratford Road Avon Park, FL 33825, mailing address is PO Box 546752 Surfside FL 33154 last changed 4/30/2009.  The Registered agent is CT Corporation 1200 S. Pine Island Rd Suite 250 Plantation, FL 33324 both name and address last changed 4/20/2010.  Former registered agents include *Michael I. Bernstein, P.A. or Michael I. Bernstein* address 1688 Meridian Ave Suite 418 Miami Beach, FL 33139 or 1680 Michigan Ave Suite 736 Miami Beach, FL 33139 and Millennium Management L.L.C 10800 Biscayne Blvd Suite 600 Miami Beach, FL 33161.  The Manager is *Avon Park Royal Holdings LLC* address 1213 W. Stratford Road Avon Park FL 33825.  Limited Liability Annual reports were electronically and/or hand-signed under oath that all information true and accurate, thus did not qualify for an exemption under Section 119.07(3)(i).  Electronic/or Handwritten signature represents a managing member, receiver, or trustee empowered under Chapter 608, FL Statues.  Limited Liability Annual reports for Avon Park Royal Holdings, L.L.C. were signed *by MGR  in 2010 by Avon Park Royal Holdings, L.L.C, in 2009 by MGR Avon Park Royal Holdings, LLC in 2008 by Avon Park Royal Holdings, LLC.*

3.98.   Defendant **"Royal Care of Avon Park"** is a fictitious name registration number GO7299900189 active filed on 10/26/2007, expiration date is 12/31/2010.  Application for Fictitious name was signed listed under *Avon Park Royal Holdings, L.L.C.*  The Mailing address is 1213 West Stratford Road Avon Park, FL  33825.  Owner is Avon Park Royal Holdings, L.L.C. address 1213 West Stratford Road Avon Park, FL  33825.  FEI/EIN number is listed as applied for.  Registration number is G07299900189. Document number is L07000089854.

3.99.   Defendant **1213 W. Stratford, LLC.** Is an active Florida Limited Liability Company identified by FEI/EIN number 261298245 as of 9/21/2007.  The principal address is

10800 Biscayne Blvd Suite 600 North Miami, FL 33161 last changed 9/30/2009, mailing address is 10800 Biscayne Blvd Suite 600 North Miami, FL 33161 last changed 4/3/2008.  The Registered agent is *Millennium Management L.L.C* addresses is10800 Biscayne Blvd Suite Miami, FL 33161 US, both name and address last changed 9/30/2009. Former registered agents include *Michael I. Bernstein, P.A. or Michael I Bernstein* address 1688 Meridian Ave Suite 418 Miami Beach, FL 33139 or 1680 Michigan Ave Suite 736 Miami Beach, Fl 33139. The manager is *AYS Holdings* address 10800 Biscayne Blvd Suite 600 Miami, FL 33161.  Limited Liability Annual reports were electronically and/or hand-signed under oath that all information true and accurate, thus did not qualify for an exemption under Section 119.07(3)(i).  Electronic/or handwritten signature represents a managing member, receiver, or trustee empowered under Chapter 608, FL Statues.  Limited Liability Annual reports for 1213 West Stratford, LLC is signed by *MGR in  2010 Ashley Pereyra, in 2009, Shawson A, in 2008 A Shawson, in 2007* name was changed from 1281 Stratford, LLC.

    3.100.  Defendant **"Watercrest Care Center"** is a nursing home, operating under a fictitious name, Registration Number G05207700051, expiration date, 12/31/2010; which was established in 2005 and owned by *Barry Shisgal*, a resident of Florida; and *West Dixie Care, LLC*. The nursing home is located at 16650 West Dixie Highway, North Miami Beach, FL 33160.

    3.101.  Defendant **West Dixie Care, LLC** is an active Florida corporation, FEI/EIN either 41-7051646 or 412051646, having its principal address at 16650 West Dixie Highway, Miami, FL 33161.  The land upon which the nursing home sits is owned by *Prime Inv. LLC*, a Florida corporation, owned by *Abraham Shaulson.  Its manager is AYS HOLDINGS, and its Registered Agent is Millennium Management L.L.C.*



3.102. Defendant **"West Broward Care Center"** is a nursing home, operating under a fictitious name, Registration No. G08155900419, and is owned by *W.B.Care Center, LLC.*

3.103. Defendant **WEST BROWARD GROUP, L.L.C.**, FEIN 371445347, an active Florida corporation, its Registered Agent is *Millennium Management L.L.C, and its Owner is "Eli Strolli" and was once Managed by "Eli Strohli.".*  The annual reports MGR were signed by 2010 defendant *Ashley Pereyra, 2009 defendant Allison L. Stone and Eli Strolli, 2008 defendant Annie Maresca, 2007 West Broward Group LLC.*

3.104. Defendant **Nationwide D.M.E., L.L.C.** FEIN , an active Florida corporation, in existence since 2007.  The original registered agent was defendant, *Michael Bernstein*, the current registered agent is *Allison Stone ESQ  and MGR is "Eli Strolhli.*  The annual reports *MGR were signed by 2010 defendants Allison  Stone and Eli Strolli, 2009, Eli Strolhi, 2008 .* The address is 10800 Biscayne Blvd Suite 660 Miami, FL 33161.

3.105. Defendant **SC Property Holdings, LLC** is a for profit corporation, registered Delaware Limited Liability Corporation incorporated in 2006 by Defendant *Abraham  Shaulson* aka Defendant Abraham Shavlson, Defendant *Murray Grunstein and Murray Foreman* aka Murry Formen as for the purpose of operating  nursing care facilities defendant, *Michael Greenwald* was the original registered agent address1055 NE 125th St North Miami, FL 33161. Defendant Jack Heiney confirmed that the all information is true & correct.  The FEI/EIN 205509880; principal address is 1800 Biscayne Blvd Suite 600 North Miami FL 33161.  Mailing addresses is PO Box 546752 Surfside, FL 33154; registered agent is *AYS Holdings* 1800 Biscayne Blvd Suite 600  Miami FL 33161

3.106. Defendant **Palmetto Health Care LLC** , a Delaware Limited Liability Corporation incorporated in 2006 by *Defendant Abraham  Shaulson aka Defendant Abraham Shavlson, Defendant Murray Grunstein and Murray Foreman  aka Murry Formen* for the



purpose of establishing a holding company for real estate property of nursing care facilities.

Defendant, *Michael Greenwald* was the original registered agent.  Defendant *Jack Heiney*

confirmed that the all information is true & correct.  The FEI/EIN 2058568797; principal and

mailing addresses are 1688 Meridian Ave Suite 418 Miami Beach, FL 33139; registered agent is

CT Corporation System 1200 South Pine Island Road Plantation FL 33324  It's Mgr is

Defendant *Avi Klein* 1055 ne 1125th St Miami FL.

   3.107.  Defendant **Palmetto OPCO LLC**, a Delaware Limited Liability Corporation

incorporated in 2006 by Defendant *Avi  Klein*  for the purpose of regional non-medical

management and oversight of skilled nursing care facilities.  Defendant, *Michael Greenwald* was

the original registered agent.   Defendant *Jack Heiney* confirmed that the all information is true

& correct.  The FEI/EIN 205424605; principal and mailing addresses are 1800 Biscayne Blvd

Ste 600 North Miami FL 33461; registered agent is CT Corporation System 1200 South Pine

Island Road Plantation FL 33324 US.

   3.108.  Defendant, **Palmetto Brookview Operating LLC**, a for profit corporation dba

**"Brookview Healthcare Center"** is a Delaware Limited Liability Corporation  incorporated in

2006 by *Avi  Klein* as the sole manager or MGRM for the purpose of operation of  nursing care

facility. Defendant, *Michael Greenwald* was the original registered agent.   Defendant *Jack*

*Heiney* confirmed that the all information is true & correct.  The FEI/EIN 205424605; principal

and mailing addresses are 1800 Biscayne Blvd Ste 600 North Miami FL 33461; registered agent

is CT Corporation System 1200 South Pine Island Road Plantation FL 33324 US.

   "*Brookview Healthcare Center*" is a nursing home, license number NCF-0931 with over

100 certified beds that accepts Medicare, Medicaid and other insurances located in Cherokee

County , South Carolina. "*Brookview Healthcare Center* " is located at 617 W  Marion St

Gaffney, SC 29640.  "*Brookview Healthcare Center*" received 3 out of 5 stars based upon



Medicare 5 star quality rating system during their last annual inspection 3/17/2010 and had a total of 8 health deficiencies. South Carolina has not implemented a QIS Survey Process.

3.109. Defendant **Palmetto Faith Operating LLC dba "Faith Healthcare Center"** is a Defendant, Palmetto Faith Operating LLC, a for profit corporation dba "Faith Healthcare Center" is a Delaware Limited Liability Corporation incorporated in 2006 by Avi Klein as the sole manager or MGRM for the purpose of operating a nursing care facility defendant, Michael Greenwald was the original registered agent. Defendant Jack Heiney confirmed that the all information is true & correct. The FEI/EIN 205423436; principal and mailing addresses are 1800 Biscayne Blvd Ste 600 North Miami FL 33461; registered agent is CT Corporation System 1200 South Pine Island Road Plantation FL 33324 US.

*"Faith Healthcare Center"* is a nursing home, license number NCF-0927 with over 100 certified beds that accepts Medicare, Medicaid and other insurances' located in Florence County, South Carolina. *"Faith Healthcare Center"* is located at 617 W. Marion St, Florence SC 29501. *"Faith Healthcare Center"* received 3 out of 5 stars based upon Medicare 5 star quality rating system during their last annual inspection 5/26/2010 and had a total of 1 health deficiencies. South Carolina has not implemented a QIS Survey Process.

3.110. Defendant **Palmetto Hallmark Operating LLC dba "Hallmark Healthcare Center"** Defendant, Palmetto Hallmark Operating, a for profit corporation dba *"Hallmark Healthcare Center"* is a Delaware Limited Liability Corporation incorporated in 2006 by *Avi Klein* as the sole manager or MGRM for the purpose of operating a nursing care facility defendant, Michael Greenwald was the original registered agent. Defendant *Jack Heiney* confirmed that the all information is true & correct. The FEI/EIN 205424650; principal and mailing addresses are 1800 Biscayne Blvd Ste 600 North Miami FL 33461; registered agent is CT Corporation System 1200 South Pine Island Road Plantation FL 33324 US.



"*Hallmark Healthcare Center*" is a nursing home, license number NCF-0932 with less then 100 certified beds that accepts Medicare, Medicaid and other insurances' located in Dorchester County , South Carolina. \"*Hallmark Healthcare Center* " is located at 295 Midland Pkwy Summerville, SC 29485.   "*Hallmark Healthcare Center*" received 2 out of 5 stars based upon Medicare 5 star quality rating system during their last annual inspection 6/9/2010  and had a total of 6 health deficiencies. South Carolina has not implemented a QIS Survey Process.

3.111.  Defendant **Palmetto Lake City Operating LLC dba "Lake City Scranton Healthcare Center"**, a for profit  Delaware Limited Liability Corporation  incorporated in 2006 by *Avi Klein* as the sole manager or MGRM for the purpose of operating a nursing care facility defendant, Michael Greenwald was the original registered agent.  Defendant *Jack Heiney* confirmed that the all information is true & correct.  The FEI/EIN 205423653; principal and mailing addresses are 1800 Biscayne Blvd Ste 600 North Miami FL 33461; registered agent is CT Corporation System 1200 South Pine Island Road Plantation FL 33324 US.

"*Lake City Scranton Healthcare Center*" is a nursing home, license number NCF-0928 with less then 100 certified beds that accepts Medicare, Medicaid and other insurances' located in Florence County , South Carolina.  "*Lake City Scranton Healthcare Center*" is located at 1940 W. Marion St Scranton, SC 29591.  "*Lake City Scranton Healthcare Center*" received 3 out of 5 stars based upon Medicare 5 star quality rating system during their last annual inspection 12/2/2009  and had a total of  8 health deficiencies. South Carolina has not implemented a QIS Survey

3.112.  Defendant **Palmetto Jolley Acres Operating LLC dba "Jolley Acres Healthcare Center"** a for profit Delaware Limited Liability Corporation  incorporated in 2006 by *Avi Klein* as the sole manager or MGRM for the purpose of operating a nursing care facility. Defendant, *Michael Greenwald* was the original registered agent.  Defendant *Jack Heiney*



confirmed that the all information is true & correct.  The FEI/EIN 205423653; principal and mailing addresses are 1800 Biscayne Blvd Ste 600 North Miami FL 33461; registered agent is CT Corporation System 1200 South Pine Island Road Plantation FL 33324 US.

"*Jolley Acres Healthcare Center*" is a nursing home, license number NCF-0929 with less then 100 certified beds that accepts Medicare, Medicaid and other insurances' located in Orangeburg County , South Carolina. "*Jolley Acres Healthcare Center*" is located at 1180 Wolfe Trail , Orangeburg, SC 29115.  "*Jolley Acres Healthcare Center*" received 5 out of 5 stars based upon Medicare 5 star quality rating system during their last annual inspection 9/9/2009  and had a total of  0 health deficiencies. South Carolina has not implemented a QIS Survey Process.

3.113.  Defendant **Palmetto Oakbrook Operating LLC dba "Oakbrook Health and Rehabilitation Center"** is a for profit corporation Delaware Limited Liability Corporation incorporated in 2006 by *Avi Klein* as the sole manager or MGRM for the purpose of operating a nursing care facility defendant, Michael Greenwald was the original registered agent.  Defendant Jack Heiney confirmed that the all information is true & correct.  The FEI/EIN 205424837; principal and mailing addresses are 1800 Biscayne Blvd Ste 600 North Miami FL 33461; registered agent is CT Corporation System 1200 South Pine Island Road Plantation FL 33324 US.

"*Oakbrook Health and Rehabilitation Center*" is a nursing home, license number NCF-0923 with less then 100 certified beds that accepts Medicare, Medicaid and other insurances' located in Dorchester County , South Carolina.  "*Oakbrook Health and Rehabilitation Center*" is located at 920 Travelers Blvd Summerville, SC 29548.   "*Oakbrook Health and Rehabilitation Center*" received  2 out of 5 stars based upon Medicare 5 star quality rating system during their last annual inspection 5/6/2009  and had a total of 9 health deficiencies. South Carolina has not implemented a QIS Survey  Process.



3.114. Defendant, **Palmetto Prince George Operating LLC, dba "Prince George Healthcare Center"** is a Delaware Limited Liability Corporation incorporated in 2006 by *Avi Klein* as the sole manager or MGRM for the purpose of operating a nursing care facility Defendant, *Michael Greenwald* was the original registered agent.   Defendant Jack Heiney confirmed that the all information is true & correct.  The FEI/EIN 205423729; principal and mailing addresses are 1800 Biscayne Blvd Ste 600 North Miami FL 33461; registered agent is CT Corporation System 1200 South Pine Island Road Plantation FL 33324 US.

*"Prince George Healthcare Center"* is a nursing home, license number NCF-0930 with over  100 certified beds that accepts Medicare, Medicaid and other insurances' located in Georgetown County , South Carolina. *"Prince George  Healthcare Center"* is located at 901 Maple Street Georgetown, SC 29440.   *"Prince George  Healthcare Center"* received  2 out of 5 stars based upon Medicare 5 star quality rating system during their last annual inspection 3/31/2010 and had a total of 2  health deficiencies. South Carolina has not implemented a QIS Survey Process.

3.115. Defendant **Palmetto Springdale Operating LLC dba "Springdale  Healthcare Center"** is a for profit Delaware Limited Liability Corporation  incorporated in 2006 by *Avi Klein* as the sole manager or MGRM for the purpose of operating a nursing care facility. Defendant, *Michael Greenwald* was the original registered agent.   Defendant Jack Heiney confirmed that the all information is true & correct.  The FEI/EIN 205423729; principal and mailing addresses are 1800 Biscayne Blvd Ste 600 North Miami FL 33461; registered agent is CT Corporation System 1200 South Pine Island Road Plantation FL 33324 US.

*"Springdale  Healthcare Center"* is a nursing home, license number NCF-0925 with over 100 certified beds that accepts Medicare, Medicaid and other insurances' located in Kershaw County , South Carolina. *"Springdale Healthcare Center"* is located at 146 Battleship Rd



Camden SC, 29020.  "*Springdale Healthcare Center*" received  4 out of 5 stars based upon

Medicare 5 star quality rating system during their last annual inspection 10/20/2009  and had a

total of 5  health deficiencies. South Carolina has not implemented a QIS Survey Process.

    3.116.  Defendant, **Palmetto St George Operating LLC**, dba "St George Healthcare

Center" is a for profit Delaware Limited Liability Corporation  incorporated in 2006 by *Avi Klein*

as the sole manager or MGRM for the purpose of operating a nursing care facility.  Defendant

*Michael Greenwald* was the original registered agent.   Defendant Jack Heiney confirmed that

the all information is true & correct.  The FEI/EIN 205424699; principal and mailing addresses

are 1800 Biscayne Blvd Ste 600 North Miami FL 33461; registered agent is CT Corporation

System 1200 South Pine Island Road Plantation FL 33324 US.

    "*St George Healthcare Center*" is a nursing home, license number NCF-09254 with less

then 100 certified beds that accepts Medicare, Medicaid and other insurances' located in

Dorchester County, South Carolina.  "St George Healthcare Center" is located at 905 Dukes

Street St George, SC 29477.  "*St George Healthcare Center*" received  4 out of 5 stars based

upon Medicare 5 star quality rating system during their last annual inspection 6/03/2009  had a

total of 3  health deficiencies. South Carolina has not implemented a QIS Survey Process.

    3.117.  Defendant **1055 NE 125, LLC** is an active Florida Limited Liability Company

identified by FEI/EIN number 202262139 as of 6/29/2004.  The principal address is 1055 NE

125 St., North Miami, FL 33161 last changed 4/03/2008.  The mailing address is P.O. Box

546752, Surfside, FL 33154 last changed 8/14/2007.  The registered agent is *Millennium*

*Management* address Biscayne Blvd., Suite 600, Miami, FL 33161 US.  Both name and address

changed 4/30/2009.  Former registered agents include *Michael I. Bernstein, P.A.* address 1688

Meridian Ave., Suite 418, Miami Beach, FL 33139 US or 1680 Michigan Ave., Suite 736,

Miami Beach, FL 33139 US. Joshua Manaster, ESQ. addresses 1428 Brickell Ave., Eighth Floor,



Miami, FL 33131. The manager is *AYS Holdings* address 10800 Biscayne Blvd., Suite 600,

Miami, FL 33161. The *manager is also Abraham Shaulson and Avi Klein* address 1055 NE St.,

North Miami, FL 33161. Limited Liability Annual reports were electronically and/or hand-

signed under oath that all information is true and accurate, thus did not qualify for an exemption

under Section 119.07(3)(i). Electronic/or Handwritten signature represents a managing member,

receiver, or trustee empowered under Chapter 608, FL Statues. The Florida Limited Liability

Annual Reports for 1055 NE 125, LLC were signed by *MGR Ashley Pereyra in 2010. They were

signed by MGRM Abraham Shaulson in 2009, 2008, 2007, 2006 and 2005.* They were signed by

authorized representative Joshua Manaster, ESQ. in 2004.

    3.118. Defendant **100 Rogers Operating, LLC** is an active Florida Limited Liability

Company as of 12/14/2007. The principal address is 100 Rogers Lane, Shelby, OH 44875. The

mailing address is 1055 N.E. 125th Street, North Miami, FL 33161 last changed 4/13/2009. The

registered agent is *Michael I. Bernstein*, P.A. 1688 Meridian Avenue, Suite 418, Miami Beach,

FL 33139. *The manger is Avi Klein* 1055 N.E. 125th Street, North Miami, FL 33161. Limited

Liability Annual reports were electronically and/or hand-signed under oath that all information is

true and accurate, thus did not qualify for an exemption under Section 119.07(3)(i).

Electronic/or Handwritten signature represents a managing member, receiver, or trustee

empowered under Chapter 608, FL Statues. Limited Liability Annual reports for 100 Rogers

Operating, LLC were signed by *MGR Avi Klein in 2010 and 2009. Authorized representative

Michael I. Bernstein signed in 2007.*

    3.119. Defendant **Elite Healthcare Management, Inc**. is an inactive foreign Limited

Liability Company identified by FEI/EIN number 650943658 as of 8/26/1999. Both the principal

and mailing address are 1111 Kane Concourse 301, Bay Harbor, FL, 33154 last changed



10/18/2001.  The registered agent is Spiegel & Utera, P.A. 343 Almeria Ave., Coral Gables, FL 33134 US.

3.120.  Defendant **H.O.G. Holdings, LLC** is an active Florida Limited Liability Company as of 7/02/2008.  The principal address is 801 Legion Drive, Eastman, GA 31023 last changed 2/24/2009.  The mailing address is 1055 NE 125th Street, North Miami, FL 33161 last changed 10/28/2008.  The registered agent is *Michael I. Bernstein*, P.A. address 1688 Meridian Avenue, Suite #418, Miami Beach, FL 33139 US.  The manager is *Heart of Georgia Charitable Trust, Inc.* address 1055 NE 125th Street, North Miami, FL 33161.  Limited Liability Annual reports were electronically and/or hand-signed under oath that all information is true and accurate, thus did not qualify for an exemption under Section 119.07(3)(i).  Electronic/or Handwritten signature represents a managing member, receiver, or trustee empowered under Chapter 608, FL Statues.  The Florida Limited Liability Annual Reports for H.O.G. Holdings, LLC were signed by *MGRM Heart of Georgia Charitable Trust, Inc. in 2010.  They were signed by TR Barry Shisgal in 2009.  They were signed by authorized representative Michael I. Bernstein in 2008.*

3.121.  Defendant **21005 Holdings, LLC** is an inactive Florida Limited Liability Company as of 8/24/2006.  Both the principal and mailing address are 1055 N.E. 125th Street, North Miami, FL 33161 and were last changed 1/25/2007.  The registered agent is *Michael I. Bernstein,* P.A. address 1680 Michigan Avenue, Suite 736, Miami Beach, FL 33139 US.  The *manager is Avi Klein* address 1055 N.E. 125th Street, North Miami, Florida 33161. Limited Liability Annual reports were electronically and/or hand-signed under oath that all information is true and accurate, thus did not qualify for an exemption under Section 119.07(3)(i).  Electronic/or Handwritten signature represents a managing member, receiver, or trustee



empowered under Chapter 608, FL Statues. The Limited Liability Annual Reports for 21005 Holdings, LLC were signed by *MGR Avi Klein in 2007 and 2006.*

3.122. Defendant **690 Holding Company, LLC,** Defendant 690 Holding Company, LLC is an active Florida Limited Liability Company identified by FEI/EIN number 204369057 as of 10/20/2005. The principal address is 690 N.W. 79th Street, Miami, FL 33150 last changed 8/8/2006. The mailing address is P.O. Box 546752, Surfside, FL 33154 last changed 9/20/2007. The registered agent is *Millennium Management* address 10800 Biscayne Bay Blvd., Suite 600, Miami, FL 33161 US. Both name and address changed 4/30/2009. Former registered agents include *Michael I. Bernstein, P.A.* address 1680 Michigan Avenue, Miami Beach, FL 33139 US or 1688 Meridian Ave, Suite 418, Miami Beach, FL 33139. Sujan Singh Chhabra address 700 NW 37th Ave, Miami, FL 33125 US. The manager is *AYS Holdings* address 10800 Biscayne Bay Blvd, Suite 600, Miami, FL 33161. Limited Liability Annual reports were electronically and/or hand-signed under oath that all information is true and accurate, thus did not qualify for an exemption under Section 119.07(3)(i). Electronic/or Handwritten signature represents a managing member, receiver, or trustee empowered under Chapter 608, FL Statues. The Limited Liability Annual Reports for 690 Holding Company, LLC were signed by *MGR Ashley Pereyra in 2010. They were signed by MGR Avi Klein in 2008, 2007, and 2006.* They were signed by MGR Arvind Singh in 2006. They were signed by MGR Sujan Singh Chhabra in 2005.

3.123. Defendant **925 Wagner Operating, LLC** is an active Florida Limited Liability Company as of 12/14/2007. The principal address is 925 Wager Avenue, Galion, OH 44833. The mailing address is 1055 NE 125th Street, North Miami, FL 33161 last changed 4/13/2009. The registered agent is *Michael I Bernstein*, P.A. address 1688 Meridian Avenue, Suite 418, Miami Beach, FL 33139 US. The *manager is Avi Klein* address 1055 N.E. 125th Street, North Miami, FL 33161. Limited Liability Annual reports were electronically and/or hand-signed



under oath that all information is true and accurate, thus did not qualify for an exemption under Section 119.07(3)(i). Electronic/or Handwritten signature represents a managing member, receiver, or trustee empowered under Chapter 608, FL Statues. The Limited Liability Annual Reports for 925 Wagner Operating, LLC were signed by *MGR Avi Klein in 2010, 2009 and 2007.*

3.124. Defendant **Heart of Georgia** is a nursing home **located at** 801 Legion Drive, Eastman, GA 31023. Defendant *Barry Shisgal* serves as the executive director. It is believed that defendant H.O.G. Holdings LLC is the owner and listed "Non-Related" Parties include defendants *Millennium Healthcare Management, LLC* which provides back office support at a rate of 6% of monthly income, and defendant *IT Management, LLC* provides technical support for a set monthly fee.

3.125. Defendant **FMSC Victoria Operating Gp LLC d/b/a Retama Manor Nursing Center Victoria South** is a nursing home operating at 3103 E Airline Dr, Victoria, TX 77901. The controlling parties include defendants or defendant *"Alteregos" AKSG HOLDINGS LLC, AVI KLEIN, FAMILY SENIOR CARE HOLDINGS LLC, FMSC LEASEHOLD LLC, FMSC LP HOLDINGS INC; FMSC VICTORIA OPERATING GP LLC; HARRY GRUNSTEIN; MARINER HEALTH CARE INC; NATIONAL SENIOR CARE INC; NORTHEASTERN GROUP LLC and SOUTHEASTERN GROUP LLC.*

3.126. Defendant **Life Management Services.** Is a Florida Company, which, upon information and belief, is contracted by nursing homes owned, leased or operated by Millen[n]iums and/or defendant "Alteregos" to determine the Medicare/Medicaid eligibility for patients at a number of facilities including, but not limited to Lake Worth Manor.

3.127. Defendant **"ALTEREGOS:"** is a pseudonym for other companies, corporations, and Limited Partnerships, which are controlled, owned, operated and/or managed by the



Individual Defendants (real persons and corporate entities) listed above involved in Nursing

Home Fraud including, but not necessarily limited to: FLORIDA, GEORGIA, SOUTH

CAROLINA, TEXAS, OHIO, MICHIGAN, CALIFORNIA, PENNSYLVANIA and other State

registered corporations, including, but not limited to *10295 Holdings LLC; 79th Station*

*Management LLC, 10295 Holding Company LLC, Zichron Foundation for Special Needs, Inc.,*

*16700-01 LLC, 171-173 NW 30th St. LLC Ask Holdings, LLC, Aventura Operating, LLC,*

*Insurance Corporation of South Florida, Inc., Jandj Gardens, LLC,  Oceanview Investment,*

*Millennium Seniorcare, LLC; 26 Holdings, EMMCO, LLC; RG PROPERTY HOLDINGS LLC;*

*Acquisition Group, L.L.C.; 2010 1955 NE, L.L.C.; One Two Three Erie, L.L.C, 6595 LLC, DIP*

*Capital Lending, LLC, MEDWAY SERVICES FLORIDA, LLC; Continium Healthcare*

*Management LLC, LLC, Peach Eighteen Properties, LLC, Surprise Lake Holdings, LLC,*

*Northeastern Group LLC, Mariner Health Care Inc, Southeastern Group LLC, AKSG Holdings,*

*LLC, , Family Senior Care Holdings LLC,  SHALOM HEALTHCARE LLC, FMSC ABILENE*

*OPERATING COMPANY LP, Taxpayer ID # 32035253676, Zip: 33261; FMSC ABILENE*

*OPERATING GP LLC Taxpayer ID# 12039975102, Zip: 33261;FMSC BELTON OPERATING*

*COMPANY LP, Taxpayer ID#  32035253668, Zip: 33261; FMSC CLUTE OPERATING*

*COMPANY LP, Taxpayer ID# 32035253668, Zip 33261;  FMSC CLUPTE OPERATING GP*

*LLC, Taxpayer ID# 12039958868, Zip 33261; FMSC DEL RIO OPERATING COMPANY LP,*

*Taxpayer ID# 32035253627, Zip 33261; FMSC DEL RIO OPERATING GP LLC, Taxpayer ID#*

*12039974394, Zip  33261; FMSC GROUP INC., Taxpayer ID# 12330021317, Zip 18017; FMSC*

*EDNA OPERATING COMPANY LP, Taxpayer ID# 3203525619, Zip 33261; FMSC EDNA*

*OPERATING GP LLC, Taxpayer ID# 12039974394; FMSC HOUSTON STONYBROOK*

*OPERATING COMPANY LP, Taxpayer ID# 12039975284, Zip 33261; FMSC HOUSTON*

*STONYBROOK OPERATING GP LLC, Taxpayer ID# 12039975649, Zip 33261; FMSC INC,*



Taxpayer ID# 32003588277, Zip 18017; FMSC LLANO OPERATING COMPANY LP, Taxpayer ID# 12039975649, Zip 33261; FMSC LLANO OPERATING GP LLC, Taxpayer ID# 12039974576, Zip 33261; FMSC LOS ANGELES OPERATING COMPANY LP, Taxpayer ID# 12040019478, Zip 30346; FMSC SANGER OPERATING COMPANY LP, Taxpayer ID# 32035253569. Zip 33261; FMSC SANGER OPERATING GP, LLC, Taxpayer ID# 12039976563, Zip 33261; FMSC SEGUIN OPERATING COMPANY LP, Taxpayer ID# 32035253536, Zip 33261; FMSC SEGUIN OPERATING GP LLC, Taxpayer ID# 12039974865, Sip 33261; FMSC STEPHENVILLE OPERATING COMPANY LP, Taxpayer ID# 32035253478, Zip 33261; FMSC STEPHENVILLE OPERATING GP LLC, Taxpayer ID# 12039969584, Zip 33261; FMSC VICTORIA OPERATING COMPANY LP, Taxpayer ID# 320352553502, Zip 33261; FMSC VICTORIA OPERATING GP LLC, Taxpayer ID# 12039964940; FMSC WHARTON OPERATING COMPANY, Taxpayer ID# 12039969188, Zip 30346; FMSC WHARTON OPERATING COMPANY LP, Taxpayer ID# 32035253528, Zip 33261; and FMSC WHARTON OPERATING GP LLC, Taxpayer ID# 12039970988, Zip Tri-State Healthcare of Erie, LLC; Tri-State Healthcare of Alabaster, LLC; Tri-State Healthcare of Kansas City, Tri-State Healthcare of Grand Blanc, LLC; Tri-State Healthcare of Boundbrook, LLC; Tri-State Healthcare of Greenburg, LLC; Tri-State Healthcare of Huber Heights, LLC; Tri-State Healthcare of New London, LLC; ; Diamond Senior Living, LLC; Diamond Senior Living I", LLC; _Diamond Senior Living II, LLC_ ; _Diamond Senior Living-Island Lake, LLC._ DYNAMIC INDIANOLA OPERATING COMPANY LLC; DYNAMIC COLUMBIA OPERATING COMPANY LLC; DYNAMIC YAZOO CITY OPERATING COMPANY LLC; DYNAMIC CLEVELAND OPERATING COMPANY LLC. NATIONWIDE LEASING; LLC7751 LEASING, L.L.C.; 16700-01, LLC; FIRST CALL TRADING, INC.; SHAULSON & KLEIN, INC.; 820 EUCLID AVENUE, INC.; ATLANTIC PRINCESS RENTALS CORP.; NATIONWIDE SENIOR HEALTHCARE, INC.;



*FIRST FLORIDA INSURANCE ADJUSTERS, INC.; A 1 PUBLIC ADJUSTERS, INC.; Shalom*

*Health Care, LLC; Millenium Management Enterprise LLC*

   3.128.  Defendant **Moore Stephens Lovelace, P.A.** (MSL) is an accounting firm mainly

doing business in the southeastern US  through  locations in Clearwater, FL, Miami, FL,

Orlando, FL and Tallahassee, FL and in Macon, Georgia.  Defendants *Stanly Swindling* and

*Theodore Duay III* have or currently are employed by MSL.  MSL is believed to have worked

and maybe currently working  with  the individual  and corporate defendants named above and

with various defendants  "Alteregos".

   3.129.  Defendant **Theodore M Duay III** is a resident of FL a CPA and "serves as the

CFO for a healthcare organization that operates skilled nursing facilities in multiple states

outside Florida".  He is believed to have worked or may still be working with defendants and

defendant "Alteregos including but not limited to facilities operating in Pennsylvania and

Illinois.

   3.130.  Defendant **Allison Lori Star Stone  JD a/k/a Allison Stone , a/k/a Allison Lori**

**Stone, a/k/a Allison Star Stone,  a/k/a Allison L  Stone,  a/k/a Allison S. Stone,  a/k/a Alison**

**Lori Stone,  a/k/a Alison Stone,  a/k/a Lori Stone Allison** is a resident of Florida, admitted to

practice law, Florida Bar ID Number is 558001.  Allison Lori Star Stone has served as registered

agent for defendants and defendant *Alteregos including but not limited to Millennium*

*Management, LLC, ES LLC, Nationwide DME Billers, Nationwide D.M.E., L.L.C.* She is an

acting  member of the city of Miami Beach Health Facilities Advisory Board and Miami Beach

Health Advisory Committee.

   3.131.  Defendant **Michael Bernstein JD** is an attorney, admitted to practice law in

Florida, who has worked with many of the above named individual and corporate defendants in



establishing various corporate alteregos and in helping in the development of fraudulent CHOWs (Change of Ownership Applications).

      3.132.  Defendant **Stanley Swindling PA** Stanley (Sandy) Swindling is a resident of Florida and a Shareholder in the accounting firm of  Moore Stephens Lovelace, P.A.. He  is the Director of the Firm's Healthcare Team and a member of the Firm's Skilled Nursing Facility Practice Group  provides reimbursement consulting and financial reporting services, litigation support, operational reviews, debt restructuring and strategic planning for approximately 135 institutional healthcare providers in approximately 10 states. He also serves as a consultant during Medicaid and Medicare reimbursement hearings related to rule challenges on reimbursement issues. Stanly Swindling has served as the registered agent for and  maybe currently working  with  individual and corporate defendants named above and defendant "Alteregos".  In 2009 he submitted resignation as registered agent for several corporations owned, leased, or operated by individual and corporate defendants and defendant "Alteregos".

      3.133.  Defendant **16700-01, LLC** is an active Florida Limited Liability Company identified by FEI/EIN number 651170335 as of 1/27/2003.  The principal address is 1055 NE 125th Street, North Miami, FL 33161 last changed 6/24/2009.  The mailing address is PO Box 546752, Surfside, FL 33154 last changed 4/9/2008.  The registered agent is *Michael I. Bernstein*, P.A. address 1688 Meridian Avenue, Suite #418, Miami Beach, FL 33139 US.  Both name and address changed 6/17/2010.  Former agents include National Corporate Research, LTD., Inc. address 515 E. Park Ave., Tallahassee, FL 32301 US or 103 N. Meridian Street, Tallahassee, FL 32301 US.  Spiegel & Utrera, P.A. address 1840 Coral Way, 4th Fl., Miami, FL 33145 US.  The manager is *Avi Klein* address 1055 NE 125th Street, North Miami, FL 33161.  *The manager is also Abraham Shaulson* address PO Box 546752, Surfside, FL 33154.  Limited Liability Annual reports were electronically and/or hand-signed under oath that all information is true and



accurate, thus did not qualify for an exemption under Section 119.07(3)(i).  Electronic/or

Handwritten signature represents a managing member, receiver, or trustee empowered under

Chapter 608, FL Statues.   The Florida Limited Liability Annual Reports for 16700-01, LLC

were signed by MGR Avi Klein in 2010 and 2009.   They were signed *MGR Abraham Shaulson*

*in 2008.  They were again signed by MGR Avi Klein 2007, 2006, 2005, and 2004.*   They were

signed by authorized representative Elsie Sanchez in 2003.

     3.134.  Defendant **Magnum Health & Rehab of Silverbook, LLC** operates a nursing

home in the state of Michigan.  It is an active Florida Limited Liability Company as of

6/17/2010.  The principal address is 911 South Third Street, Niles, MI 49120.  The mailing

address is 1055 N.E. 125th Street, North Miami, FL 33161.  The registered agent is *Michael I.*

*Bernstein,* P.A. Address 1688 Meridian Avenue, Suite #418, Miami Beach, FL 33139 US.  The

*manager is Avi Klein* address 1055 N.E. 125th Street, North Miami, FL 33161.   Limited Liability

Annual reports were electronically and/or hand-signed under oath that all information is true and

accurate, thus did not qualify for an exemption under Section 119.07(3)(i).  Electronic/or

Handwritten signature represents a managing member, receiver, or trustee empowered under

Chapter 608, FL Statues.  There were no Florida Limited Liability Reports for Magnum Health

& Rehab or Silverbrook, LLC.  The Electronic Articles of Organization was signed by

authorized representative Michael I. Bernstein, Esq. in 2010.

     3.135.  Defendant **Institutional Leasing, LLC** is an inactive Florida Limited Liability

Company identified by FEI/EIN number 113522411 as of 12/22/1999.  The principal and

mailing address are 1428 Brickell Avenue, 8th Floor, Miami, FL 33131.  They were both changed

7/05/2002.  The registered agent is Joshua D. Manastar address 1428 Brickell Ave., 8th Floor,

Miami, FL 33131 US.  The *manager is Leon Scharf* address 800 West End Ave., New York, NY

10025.  Limited Liability Annual reports were electronically and/or hand-signed under oath that



all information is true and accurate, thus did not qualify for an exemption under Section 119.07(3)(i). Electronic/or Handwritten signature represents a managing member, receiver, or trustee empowered under Chapter 608, FL Statues. The Florida Limited Liability Annual Report for Institutional Leasing, L LC was signed by *MGRM Leon Scharf in 2004, 2003, and 2002.* They were signed by authorized representative Joshua D Manaster in 1999.

3.136. Defendant **Lynn Granata i**s an individual, resident of the state of Florida, Registered Nurse and Licensed Nursing Home Administrator.

3.137. Defendant **Frances Simpow** is an individual, resident of the state of Florida, **Registered Nurse** and representative of assistant RN nursing consultants

3.138. Defendant **Maria Fitos** is an individual, resident of the state of Florida physical therapist and representative of physical therapy consultants

3.139. Defendant **Bonnie Jordan Emmes** is an individual, resident of the state of Florida, Social Worker and Activity Consultant and representative of Social Services and Activity Directors consultants

3.140. Defendant **Gilda Anderson,** is a resident of Florida and is a Licensed Nursing Home Administrator currently working at Lake Worth Manor as an employee of Millen[n]ium and/or Horizon Staffing, and a representative of "P. Unknown".

3.141. Defendant **Isaac Milord**, is a Florida resident, and a Registered Nurse and works as Director of Nursing at Lake Worth Manor as an employee of Millen[n]ium and/or Horizon Staffing and is representative of " ALL Directors of Nursing".

3.142. Defendant **Norbert Martin,** is a resident of Florida and was the Director of Human Resources at Lake Worth Manor.

3.143. Defendant **Janice Hill** is a resident of Florida, and former LPN "wound care nurse" at Lake Worth Manor.



3.144. Defendant **Shamika Tate-Stubbs** is a Florida resident, and Director of staffing and restorative nursing at Lake Worth Manor.

3.145. Defendant **Crimpson Kimmick** is a Florida resident and works at Lake Worth Manor as MDS coordinator.

3.146. Defendant **Leo Raymond** is a Florida resident and a Licensed Physical Therapist Assistant who functioned as "Director of Physical Therapy" at Lake Worth Manor.

3.147. Defendant **Rejetta Miller** is a Florida resident and worked as Admission Director at Lake Worth Manor.

3.148. Defendant **Felicia Laverne Glover** is a Florida resident and worked as Lake Worth Manor's Business Office Manager.

3.149. Defendant **Stephanie Joseph** is a Florida resident and worked as "Activity Director" at Lake Worth Manor.

3.150. Defendant **16700-01, LLC** is an active Florida Limited Liability Company identified by FEI/EIN number 651170335 as of 1/27/2003. The principal address is 1055 NE 125th Street, North Miami, FL 33161 last changed 6/24/2009. The mailing address is PO Box 546752, Surfside, FL 33154 last changed 4/9/2008. The registered agent is *Michael I. Bernstein*, P.A. address 1688 Meridian Avenue, Suite #418, Miami Beach, FL 33139 US. Both name and address changed 6/17/2010. Former agents include National Corporate Research, LTD., Inc. address 515 E. Park Ave., Tallahassee, FL 32301 US or 103 N. Meridian Street, Tallahassee, FL 32301 US. Spiegel & Utrera, P.A. address 1840 Coral Way, 4th Fl., Miami, FL 33145 US. The *manager is Avi Klein* address 1055 NE 125th Street, North Miami, FL 33161. The *manager is also Abraham Shaulson* address PO Box 546752, Surfside, FL 33154. Limited Liability Annual reports were electronically and/or hand-signed under oath that all information is true and accurate, thus did not qualify for an exemption under Section 119.07(3)(i). Electronic/or

Handwritten signature represents a managing member, receiver, or trustee empowered under Chapter 608, FL Statues.   The Florida Limited Liability Annual Reports for 16700-01, LLC were signed by MGR Avi Klein in 2010 and 2009.   They were signed *MGR Abraham Shaulson in 2008.  They were signed by MGR Avi Klein 2007, 2006, 2005, and 2004.*   They were signed by authorized representative Elsie Sanchez in 2003.

      3.151.  **Defendant Millennium Administrative Services, LLC** is an active Foreign Limited Liability Company as of 11/03/2005. The principal address is 10800 Biscayne Blvd., Suite 600, Miami, FL 33161 last changed 7/22/2010.  The mailing address is PO Box 546752, Surfside, FL 33154 last changed 4/10/2008.  The registered agent is C T Corporation System address 1200 South Pine Island Road, Plantation, FL 33324 US.   The manager is *AYS Holdings, LLC* address 10800 Biscayne Blvd., Suite 600, Miami, FL 33161. *The manager is also Abraham Shaulson* address 1055 N.E. 125th Street, N. Miami, FL 33161. Limited Liability Annual reports were electronically and/or hand-signed under oath that all information is true and accurate, thus did not qualify for an exemption under Section 119.07(3)(i).  Electronic/or Handwritten signature represents a managing member, receiver, or trustee empowered under Chapter 608, FL Statues. The Limited Liability Annual Reports for Millennium Administrative Services, LLC were signed by *MGR AYS Holdings, LLC in 2010.  They were signed by MGR Abraham Shawson in 2009, 2008 and 2007.  They were signed by MGR Abraham Shaulson in 2006 and 2005.*

      3.152.  Defendant **AYS Holdings, LLC** are, upon information and belief, alter egos of, and owned by Defendant **"Auraham Yisraol Shaulson,"** a resident of Florida. *AYS Holdings* is an entity located at address 10800 Biscayne Blvd., Suite 600, North Miami, FL 33161 that serves as the MGR for defendants *PAZCARE, LLC; 26 HOLDINGS, LLC; 7060, LLC.* and other *ALTEREGOS* named herein.



3.153. Defendant **Elite Healthcare Management, LLC** is an inactive Florida Limited Liability Company identified by FEI/EIN number 651126433 as of 4/16/2001. Both the principal and mailing address are 1111 Kane Concourse, Bay Harbor, FL 33154. The registered agent is *Avi Klein* 1111 Kane Concourse, Bay Harbor, FL 33154.

3.154. Defendant **171-173 NW 39th St, LLC** is an inactive Florida Limited Liability Company identified by FEI/EIN number 043788430 as of 3/26/2004. Both the principal and mailing address are 1680 Michigan Avenue 736, Miami Beach, FL 33139 US. The registered agent is *Allison L. Stone*, LLC 1680 Michigan Avenue 739, Miami Beach, FL 33139 US name changed 4/26/06. The manager *Avi Klein* addresses 1680 Michigan Avenue, Suite 736, Miami Beach, FL 33133. Limited Liability Annual reports were electronically and/or hand-signed under oath that all information is true and accurate, thus did not qualify for an exemption under Section 119.07(3)(i). Electronic/or Handwritten signature represents a managing member, receiver, or trustee empowered under Chapter 608, FL Statues. Limited Liability Annual reports for 17173 NW 39th St, LLC were signed by MGR Avi Klein in 2007, 2006, and 2005 and 2004.

3.155. Defendant **AA 21005 Holding , LLC** is an active Florida Limited Liability Company as of 7/24/2006. The principal address is 10800 Biscayne Boulevard, Suite 600, North Miami, FL 33161 last changed 4/3/2008. The mailing address is PO Box 546752, Surfside, FL 33154 last changed 4/3/2008. The Registered agent is *Michael I. Bernstein*, P.A. 1688 Meridian Avenue, Suite # 418, Miami Beach, FL 33139 US. Both name and address changed 6/17/2010. Former registered agents include *Millennium Management* address 10800 Biscayne Bay Blvd, Suite 600, Miami, FL 33161 US. Michael I. Bernstein, P.A. addresses 1680 Michigan Avenue, Suite 736, Miami Beach, FL 33139 US. The manager is Avi Klein address 1055 N.E. 125th Street, North Miami, FL 33161. Limited Liability Annual reports were electronically and/or hand-signed under oath that all information is true and accurate, thus did not qualify for an



exemption under Section 119.07(3)(i). Electronic/or Handwritten signature represents a managing member, receiver, or trustee empowered under Chapter 608, FL Statues. Limited Liability Annual reports for AA 21005 Holding Company, LLC were signed by MGR *Avi Klein* 2010, 2009, 2008, 2007, and 2006.

3.156. Defendant **AYS Holding, LLC**, upon information and belief, alter egos of, and owned by Defendant **"*Abraham Yisraol Shaulson*,"** a resident of Florida. AYS Holding, LLC is located at address 10800 Biscayne Blvd., Suite 600, North Miami, FL 33161 and is an entity that serves as the MGR for Defendant Millennium Management L.L.C. an active Florida Limited Liability Company as of 12/28/2006. Both the principal and mailing address are 10800 Biscayne Blvd., 600, North Miami, FL 33161. Both were last changed 2/28/2008. The registered agent is listed as General Counsel address 10800 Biscayne Blvd., Suite 600, Miami, FL, 33161 US. Both name and address changed 6/18/09. The Annual Report was signed "General Counsel" at the time of a name and/or address change in 2009. Former registered agents include defendant Michael I. Bernstein, P.A. or defendant Michael I. Bernstein, Esq. address 1688 Meridian Avenue, Suite 418, Miami Beach, 33139 US or 1680 Michigan Avenue, Suite 736, Miami Beach, FL 33139. The manager is defendant *AYS Holding, LLC* address 10800 Biscayne Blvd., Suite 600, North Miami, FL 33161. The name changed to Ays Holdings, LLC in 2010. Limited Liability Annual reports were electronically and/or hand signed under oath that all information is true and accurate, thus did not qualify for an exemption under Section 119.07(3)(i). Electronic/or Handwritten signature represents a managing member, receiver, or trustee empowered under Chapter 608, FL Statues. The Florida Limited Liability Annual Reports for defendant Millennium Management L.L.C. were signed by MGR defendant Ashley Pereyra in 2010. They were signed by MGR defendant *A Shawson* in 2009, 2008, and 2007. In 2007 *defendant Millennium Management L.L.C.* was directed to changed its name due to



"inadvertent" misspelling of the company name at the time of filing.  It had been spelled as Millenium Management, LLC.

3.157.  Defendant **Tri-State Healthcare of West Carrolton, LLC** is an active Florida Limited Liability Company identified by FEI/EIN number 010795224 as of 8/20/2003.  The principal and mailing address are 1680 Michigan Ave, 736, Miami Beach, FL 33139 US.  Both changed 5/18/2004.  The registered agent is *Barry Shisgal* address 160 Michigan Avenue, 736, Miami Beach, FL 33139 US.  Both name and address changed 8/25/2010.  Former registered agents include Tami Gerardi of National Corporate Research, Ltd. Address 615 South DuPont Highway, Dover, DE 19901.  National Corporate Research, Ltd., Inc. addresses 515 E. Park Ave., Tallahassee, FL 32301 US or 103 N. Meridian Street, Tallahassee, FL 32301 US.  Spiegel & Utrera, P.A. address 1840 SW 22nd St., 4th Floor, Miami, FL 33145 US.  The manager is *Barry Shisgal* address 1680 Michigan Avenue, Suite 736, Miami Beach, FL 33139.  Limited Liability Annual reports were electronically and/or hand-signed under oath that all information is true and accurate, thus did not qualify for an exemption under Section 119.07(3)(i).  Electronic/or Handwritten signature represents a managing member, receiver, or trustee empowered under Chapter 608, FL Statues.  The Florida Limited Liability Annual Reports for Tri-State Healthcare of West Carrolton, LLC were signed by MGR *Barry Shisgal* in 2010. It was signed by MGRM Wayne Rafanelli in 2009.  I was signed by *Barry Shisgul* in 2007 and 2006, 2005, 2004.  It was signed by authorized representative Elsie Sanchez in 2003.

3.158.  Defendant **2080 Griffin Holdings, LLC** is an active Florida Limited Liability Company identified by FEI/EIN number 271491830 as of 12/11/2009.  The principal and mailing address are 1055 N.E. 125th Street, North Miami, FL 33161.  The registered agent is *Michael I. Bernstein*, P.A. address 1688 Meridian Avenue, Suite #418, Miami Beach, FL 33139 US.  The manager is *Avi Klein* address 1055 N.E. 125th Street, North Miami, FL 33161.  Limited



Liability Annual reports were electronically and/or hand-signed under oath that all information is true and accurate, thus did not qualify for an exemption under Section 119.07(3)(i). Electronic/or Handwritten signature represents a managing member, receiver, or trustee empowered under Chapter 608, FL Statues. There were no Florida Limited Liability Annual reports for 2080 Griffin Holdings, LLC. The Electronic Articles of Organization were signed by *Michael I. Bernstein* in 2009

    3.159.  Defendant **Pazcare, LLC** d/b/a "**Choice Care Pharmacy**" is an active Florida Limited Liability Company as of 4/29/2008.  The principal address is 10800 Biscayne Blvd., Suite #600, Miami, FL 33161 last changed 7/22/2010.  The mailing address is PO Box 402401, Miami Beach, FL 33140 last changed 4/30/2009.  The registered agent is *Millennium Management* address 10800 Biscayne Blvd., Suite 600, Miami, FL, 33140 US.  Both name and address changed 4/30/2009.  Former registered agents include Michael I. Bernstein, P.A. address 1688 Meridian Ave., Suite #418, Miami Beach, FL 33139 US.  The manager is *AYS Holdings*, LLC address 10800 Biscayne Blvd., Suite 600, Miami, FL 33161.  Limited Liability Annual reports were electronically and/or hand-signed under oath that all information is true and accurate, thus did not qualify for an exemption under Section 119.07(3)(i).  Electronic/or Handwritten signature represents a managing member, receiver, or trustee empowered under Chapter 608, FL Statues.  The Florida Limited Liability Annual reports for Pazcare, LLC were signed by *MGR AYS Holding, LLC* in 2010.  They were signed by MGR *A. Shaulson* in 2009 and 2008.

    3.160.  Defendant **Hialeah Convalescent Home Defendant**" is a fictitious name registration number GO32129000050 filed on 7/30/2003 expired on 12/31/2013.  Application for Fictitious name was signed by Defendant *Eli Strohli* as a representative for Defendant *Delray Group LLC*.  The mailing address is 190 W 28th St Hialeah, FL 33010. The Owner is Defendant



***Hialeah Enterprise*** an active Florida Limited Liability Company identified by FEI/EIN number 200080492 as of 7/11/2003. The principal address is 190 W 28th Street Hialeah, FL 33010 last changed 4/24/2009, mailing address is 10800 Biscayne Blvd Suite 600 Miami, FL 33161 last changed 3/24/2008. Fictitious name application was renewed 6/2008 by an illegible signature marked presumably by the state of Florida with a "?".

3.161. Defendant **Magnum Management & Administrative Services, LLC** is an active Florida Limited Liability Company as of 4/01/2010. The principal and mailing address are 1055 N.E. 125th Street, North Miami, FL 33161. The registered agent is *Michael I. Bernstein,* P.A. address 1688 Meridian Avenue, Suite #418, Miami Beach, FL 33139 US. The manager is *Avi Klein* address 1055 N.E. 125th Street, North Miami, FL 33161. Limited Liability Annual reports were electronically and/or hand-signed under oath that all information is true and accurate, thus did not qualify for an exemption under Section 119.07(3)(i). Electronic/or Handwritten signature represents a managing member, receiver, or trustee empowered under Chapter 608, FL Statues. There were no Limited Liability Annual Reports for Magnum Management & Administrative Services, LLC but the Electronic Articles of Organization was signed by authorized representative *Michael I. Bernstein*, ESQ in 2010.

3.162. Defendant **Elite Healthcare Management, LLC** is an inactive Florida Limited Liability Company identified by FEI/EIN number 651126433 as of 4/16/2001. Both the principal and mailing address are 1111 Kane Concourse, Bay Harbor, FL 33154. The registered agent is *Avi Klein* 1111 Kane Concourse, Bay Harbor, FL 33154.

3.163. Defendant **SWC Special Holdings, LLC** is a Delaware LLC with its principal place of business at 45 Broadway, NY, NY. *SWC Special Holdings* is approximately 83% owned by *Cam-Elm* and the remaining 23% interest is owned by corporations that include defendants *Leonard Grunstein and Murray Forman*. The purpose for formation of SMV Special



Holdings, LLC is to act as the sole equity member of a number of LLC's that own and control interest fees and leasehold interests in nursing homes or long term care facilities that own fee interests and leasehold interests.

3.164. Defendant **Nationwide DME Billing L.L.C.** is and active Florida Limited Liability Company identified by FEI/EIN number 27140128 as of 12/02/2009. Both the principal and mailing address are 10800 Biscayne Blvd.,#660, Miami, FL 33161 US. The registered agent is defendant *Allison Stone Esq.* address 4775 Collins Ave., #1905, Miami, FL 33161. Former registered agents include Allison Stone Esq. address 10800 Biscayne Blvd., #600, Miami, FL 33161 US. The manager is defendant *Eli Strohli* address 10800 Biscayne Blvd., #660, Miami, FL 33161. Limited Liability Annual reports were electronically and/or hand signed under oath that all information is true and accurate, thus did not qualify for an exemption under Section 119.07(3)(i). Electronic/or Handwritten signature represents a managing member, receiver, or trustee empowered under Chapter 608, FL Statues. The Florida Limited Liability Annual Reports for defendant Nationwide DME Billing L.L.C. were signed by defendant MGRM *Eli Strohli* in 2010.

3.165. **"ALLOFTHEM", a pseudonym for all Skilled Nursing Facilities, and Nursing Homes owned and/or operated and/or controlled by Millennium Management L.L.C, and/or the other entities and individuals set forth above;**

3.166. **"THEREST", a pseudonym for all Skilled Nursing Facilities and Nursing Homes staffed by Horizon Staffing, L.L.C. and/or any of the individuals and entities set forth above;**

3.167. **"P. Unknown", a pseudonym for all current and former facility Directors,** and Licensed Nursing Home Administrators for Lake Worth Manor, all of the skilled nursing homes and/or nursing homes set forth above, ALLOFTHEM and THEREST; It is believed that



their role and failure to report suspected incidents of Medicare Fraud, Medicaid Fraud, Resident Abuse and/or neglect assisted in perpetuating a scheme to defraud the Federal and state governments, resulting in a decrease in quality of resident care.

3.168. **"R.HEADNURSE" a pseudonym for all current and former Head Nurses,** Lake Worth Manor, all of the skilled nursing homes and/or nursing homes set forth above, ALLOFTHEM and THEREST;  It is believed that their role and failure to report suspected incidents of Medicare Fraud, Medicaid Fraud, Resident Abuse and/or neglect assisted in perpetuating a scheme to defraud the Federal and state governments, resulting in a decrease in quality of resident care.

3.169. **"T. Whoisit" a pseudonym for all current and former Directors of Human Services** at Lake Worth Manor,  all of the skilled nursing homes and/or nursing homes set forth above, ALLOFTHEM and THEREST;  It is believed that their role and failure to report suspected incidents of Medicare Fraud, Medicaid Fraud, Resident Abuse and/or neglect assisted in perpetuating a scheme to defraud the Federal and state governments, resulting in a decrease in quality of resident care.

3.170. **"ALLTHE CNAs" as pseudonym for CNA's working at** Lake Worth Manor, all of the skilled nursing homes and/or nursing homes set forth above,  ALLOFTHEM and THEREST;  It is believed that their role and failure to report suspected incidents of Medicare Fraud, Medicaid Fraud, Resident Abuse and/or neglect assisted in perpetuating a scheme to defraud the Federal and state governments, resulting in a decrease in quality of resident care.

3.171. **"ALLTHE Admission Directors"** as pseudonyms for , admission directors at Lake Worth Manor , all of the skilled nursing homes and/or nursing homes set forth above, ALLOFTHEM and THEREST;  It is believed that their role and failure to report suspected incidents of Medicare Fraud, Medicaid Fraud, Resident Abuse and/or neglect assisted in



perpetuating a scheme to defraud the Federal and state governments, resulting in a decrease in quality of resident care.

3.172. **"ALLTHE MDS Coordinators" as pseudonyms for MDS Coordinators at** Lake Worth Manor, all of the skilled nursing homes and/or nursing homes set forth above, ALLOFTHEM and THEREST;  It is believed that their role and failure to report suspected incidents of Medicare Fraud, Medicaid Fraud, Resident Abuse and/or neglect assisted in perpetuating a scheme to defraud the Federal and state governments, resulting in a decrease in quality of resident care.

3.173. **"ALLTHE Marketing Directors" as pseudonyms for marketing directors at** Lake Worth Manor,  all of the skilled nursing homes and/or nursing homes set forth above, ALLOFTHEM and THEREST;  It is believed that their role and failure to report suspected incidents of Medicare Fraud, Medicaid Fraud, Resident Abuse and/or neglect assisted in perpetuating a scheme to defraud the Federal and state governments, resulting in a decrease in quality of resident care.

3.174. **"ALLTHE NURSES"** as pseudonyms for nurses at Lake Worth Manor, all of the skilled nursing homes and/or nursing homes set forth above, ALLOFTHEM and THEREST;  It is believed that their role and failure to report suspected incidents of Medicare Fraud, Medicaid Fraud, Resident Abuse and/or neglect assisted in perpetuating a scheme to defraud the Federal and state governments, resulting in a decrease in quality of resident care.

3.175. **"ALL THE DIRECTORS OF THERAPY" a pseudonym for Physical, Occupational and Speech Therapist Departments and their directors**  providing services to Lake Worth Manor, all of the skilled nursing homes and/or nursing homes set forth above, ALLOFTHEM and THEREST;  It is believed that their role and failure to report suspected incidents of Medicare Fraud, Medicaid Fraud, Resident Abuse and/or neglect assisted in

